UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DINO ANTOLINI,                                          :
:
:
           Plaintiff,                                   :
:    19-CV-9674 (JMF)
      -v-                                               :
:         ORDER
:
HAROLD THURMAN, et al.,                                 :
:
           Defendants.                                  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order of October 23, 2019, the parties are required to file a joint letter, the contents of which are described in that Order, as well as a jointly proposed Civil Case Management Plan and Scheduling Order.  *See* ECF No. 9.  The initial pretrial conference is currently scheduled for May 13, 2020, making those joint materials due May 7, 2020.  Nevertheless, Plaintiff yesterday "t[ook] the liberty of [filing] a proposed Case Management Plan & Scheduling Order" without Defendants' participation.  ECF No. 35.  And today, Defendants filed a letter of their own, as well as a proposed Case Management Plan and Scheduling Order, which is includes materially different proposed deadlines.  *See* ECF No. 36.

      No later than **May 7, 2020**, the parties shall file materials that comply with the Court's Order — a *joint* letter and a *joint* proposed Case Management Plan and Scheduling Order.  Although, in light of the recent filings and their tenor, the Court is of the view that the conference is likely necessary, the parties must nonetheless include in their joint letter an indication of whether they believe that they can do without a conference altogether.  *See* ECF No. 34.  If the parties cannot agree on any matter, they shall note their disagreement in the joint materials.

      SO ORDERED.

Dated: May 1, 2020
      New York, New York                                    JESSE M. FURMAN
                                                                 United States District Judge