UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,

        Plaintiff,

        -against-

HAROLD THURMAN, BRAD THURMAN and
33 BRE INC.,

        Defendants.
------------------------------------------------------------X

**ORDER**

19-CV-9674 (JMF) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that, on or before June 24, 2020, the parties to the above action shall confer and, thereafter, submit three dates on which all parties are available to participate in a settlement conference.

Dated: New York, New York
       June 16, 2020

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE