UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,                                          :

                Plaintiff,                :         **ORDER**

                v.                              :         19-CV-9674 (JMF) (KNF)

HAROLD THURMAN, BRAD THURMAN     :
AND 33 BRE INC.,
                                                             :
                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties' requests for a pre-motion conference, Docket Entry Nos. 58 and 61, are denied.  On or before August 20, 2020, the parties shall make their respective motions concerning the issues raised in Docket Entry Nos. 58 and 61.  Local Civil Rule 6.1 of this court shall govern responses and replies.  The supporting and opposing memoranda of law shall be no longer than 10 pages, reply memoranda shall be no longer than 5 pages, and all papers shall comply with Local Civil Rule 11.1 of this court.  No arguments shall be made or caselaw cited in footnotes.  The memoranda of law in support of the motions must identify the discovery requests at issue.  No extension of this schedule shall be permitted absent extraordinary circumstances.

Dated: New York, New York
       August 9, 2020                                                    SO ORDERED:

                                                                                */s/ Kevin Nathaniel Fox*
                                                                                KEVIN NATHANIEL FOX
                                                                                UNITED STATES MAGISTRATE JUDGE