UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,                                          :

                 Plaintiff,                    :        **ORDER**

                 v.                              :        19-CV-9674 (JMF) (KNF)

HAROLD THURMAN, BRAD THURMAN         :
AND 33 BRE INC.,
                                                :
                 Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On September 8, 2020, the plaintiff filed a document styled "Plaintiff's Notice of Scrivener's Error," stating that the plaintiff's "counsel inadvertently did not sign the Memo of Law filed with the Court today's date, September 8, 2020." Docket Entry No. 71. Attached to the "Plaintiff's Notice of Scrivener's Error" is a single page, appearing to be "Page 7 of 7" of the plaintiff's memorandum of law filed on September 8, 2020, containing counsel's signature. No affidavit was submitted in support of the motion.

      The plaintiff's motion, Docket Entry No. 71, is denied. On or before October 18, 2020, the plaintiff shall file the entire signed memorandum of law in opposition to the defendant's motion to compel, Docket Entry No. 69.

Dated: New York, New York
       September 17, 2020                                              SO ORDERED:

                                                                                              KEVIN NATHANIEL FOX
                                                                             UNITED STATES MAGISTRATE JUDGE