**STUART H. FINKELSTEIN, ESQ.**

FINKELSTEIN LAW GROUP, PLLC  
338 Jericho Turnpike  
Syosset, New York 11791  
(718) 261-4900

November 18th, 2020

The Honorable Jesse M. Furman  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square Courtroom 1105  
New York, New York 10007

> Re: Antolini vs. Thurman, et al  
> Case No.:19-CV-9674 (JMF)

Dear Judge Furman,

I represent Plaintiff Dino Antolini in the above referenced matter and I need to respond to the latest attempt by defendants to draw this case out for as long as they can.

Defendants omit that what I sent them today was a courtesy copy of the report that had already been sent to them. Moreover, if the defendants' lawyer was actually interested in 'addressing our Expert's Report', then why wait since November 4, some two and a half weeks ago to first ask me about it today. According to your Order, they still have almost two weeks to do so.

On a completely different matter, Plaintiff and I are prepared to stipulate to dismissing all claims that would require a jury trial, including the New York State and New York City Human Rights violation claims included within the Complaint, all pursuant to Fed.R.Civ.P. Rule 41(a) and proceed to trial.

Respectfully, I remain,

Very truly yours,  
Stuart H. Finkelstein

SHF/tc  
To all counsel of record by ECF