UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
DINO ANTOLINI,

                      Plaintiff,

         -against-

HAROLD THURMAN, BRAD THURMAN,
and 33 BRE INC.,

                 Defendants.
-----------------------------------------X

**Case No.:1:19-cv-09674-KNF**

**NOTICE OF MOTION FOR
SUMMARY JUDGMENT AND
PRECLUSION OF PLAINTIFF'S
EXPERT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law,
the accompanying declaration of Robert Silversmith, the declaration of Brad
Thurman, the declaration of Barbara Powers, the declaration of Steven Kratchman,
the declaration of Daniel Trophelov and the Exhibits annexed thereto Defendants'
statement pursuant to Local Civil Rule 56.1, Defendants accompanying
Memorandum of Law and all the prior pleadings had herein, Defendants will move
this court before the Honorable Jesse M. Furman at the United States Courthouse,
500 Pearl Street, New York, New York on a date to be determined by the Court for
an order (a) pursuant to Rule 56 of the Federal Rules of Civil Procedure granting
the Defendant summary judgment dismissing the complaint and (b) in the
alternative for partial summary judgment and (c) precluding the Plaintiff's expert
from testifying and otherwise participating in this case and at trial and (d) for such
other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** opposing Affidavits and answering Memoranda, if any shall be served December 16, 2020. Reply Affidavits and Reply Memoranda of Law if any shall be served by December 23, 2020.

Dated: New York, New York
       December 2, 2020

Respectfully submitted,

Robert Silversmith, Esq.
Attorneys for Defendants 33 Bre Inc
and Brad Thurman
Silversmith & Associates Law Firm, PLLC
39 Broadway, Suite 910
New York, New York 10006
Tel: (212) 922-9300
Fax: (212) 681-1904
rsilversmith@silversmithassociates.com

S:\SV\DATA\Client\THURCON\Antolini v. Thurman-Defendants Notice of Motionfor summary judgment 093020.docx