**Exhibit Y**

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

DINO ANTOLINI,

                Plaintiff,

      -against-

HAROLD THURMAN, BRAD THURMAN, AND 33 BRE INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - x

            39 Broadway
            New York, New York

            October 30, 2020
            10:30 a.m.

                  STATEMENT ON THE RECORD

            Reported by:  Angela Torregrossa

LEX #159970



LEX REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085

```
                                                            2
   A p p e a r a n c e s:


            SILVERSMITH & ASSOCIATES LAW FIRM, PLLC
                 Attorneys for Defendants
            39 Broadway, Suite 910
            New York, New York 10006
       BY:  ROBERT SILVERSMITH, ESQ.
```

3

MR. SILVERSMITH: We represent the defendants in this action, this was a noticed deposition of the plaintiff's expert. The plaintiff had throughout this action advised both orally and in writing that plaintiff had not retained an expert. We were informed for the first time on October 21, 2020 that the plaintiff had retained an expert. We met the plaintiff's expert at the site inspection on October 22, 2020. On October 22, 2020 the defendants, therefore, served, a notice to take deposition of the plaintiff's expert for 10:00 a.m. today, October 30, 2020. Notice was served by regular mail and by FedEx and an e-mail with attachments of the notice to take deposition was e-mailed to plaintiff's counsel on October 23, 2020. By ECF Order 83 this court had said that discovery was due by October 30, 2020, accordingly, we set deposition to meet that requirement. On October 29, 2020 not having heard from the plaintiff's counsel stenographer was

```
                                                    4
```

      ordered to appear for today's deposition. I e-mailed plaintiff's counsel to confirm the deposition some hours later. Plaintiff's counsel advised that neither plaintiff nor his witness were available on October 30, 2020. Therefore, this deposition cannot go forwards since neither the plaintiff or his witness are present today and have advised me that they will not be here today. Thank you.

      (Concluded 10:31 a.m.)