Exhibit A

Steven B. Kratchman, AIA
New York, NY 10007
(212) 944-9204

Registered Architect in New York and New Jersey plus other states

| | |
|---|---|
| April 1999 To Present | Steven Kratchman Architect, PC , New York, NY<br>Owner/CEO |
| December 1997- April 1999 | Fox & Fowle Architects, New York, NY<br>Associate and Senior Project Architect |
| September 1987- December 1997 | Butler Rogers Baskett Architects, New York, NY<br>Associate and Senior Project Architect |
| Project Experience | Specific project experience available upon request |

Education

- Masters Degree, Urban Planning/Urban Design, City University of New York, NY, 1995-1997.
- Fulbright Scholarship, Stuttgart, Germany , 1987.
- Bachelors Degree, Architecture, University of Kansas, Lawrence, KS, 1981- 1986.
- Donald P Ewart Scholarship to Dortmund Germany, 1983
- Certificates Continuing Education Harvard School of Design for Golf Club Clubhouse Design and Sports and Educational Facilities , 1997

Teaching

- Faculty Member at the New York School of Interior Design. Studio Design Instructor Residential and Contract, Design Fundamentals, and Basic Drafting.1992 -1997
- Guest presenter to NY Association of Club Managers re fitness trends held at the Yale Club, 1998
- Guest lecturer at New Schoo for Rick Raymond re entrepreneurialism
- Guest lecturer at NYU for Chas Dorn regarding club and hotel development focusing on the Ravel and other clubs

Professional Memberships current and past
- Active Member of the AIA
- Full Member in the Urban Land Institute
Small Scale Development Urban Development Council 2010-1014
- Mixed Use Urban Development Council 1999
- Vistage International CEO Organization Brooklyn Chapter 2010-2017
- Former President BNI Chapter 4 and Rotary Club Hoboken

Languages          Fluent in French

Speaking opportunities:
- ULI speech Impact of Technology on Hi Rise Development featuring 4 and 3 TS ULI Large Scale Urban Mixed Use Council in Dallas 1999
- AIA Chair of Task Force re Columbus Circle Urban Design, 1999 Presentations to CBs, Design Professionals, NYC DOT, and Metro North
- ULI presentation/speech re BIM technology in arch practice today in San Francisco 2014
- Presentation to NJ FIrst Resi high rise portfolio managers in Atlantic Highlands 2018
- Roundtable discussion United Nation re Cultural Exchange Program importance 2018
- Panel Moderator re workplace trends at WTC for Re-Think 2019
- Private broker MasseyKnakal presentation re vertical additions 2010

Awards:
1. 2018 SARA NY renovation category – 23 warren street (our offices)
2. 2007 Murray Hill Neighborhood Association's "Preservation & Design" 14th Annual Architectural Awards Morgan lofts