B Form 54C (Rev. 6/69) 16M-703756(70)

THE CITY OF NEW YORK  Page 1 of 2 pages

## HOUSING AND DEVELOPMENT ADMINISTRATION
# DEPARTMENT OF BUILDINGS
## CERTIFICATE OF OCCUPANCY

**BOROUGH** MANHATTAN  **DATE:** FEB 1 - 1980  **NO.** 80027

This certificate supersedes C.O. No. 79782  **ZONING DISTRICT** C 6-4, C-10

THIS CERTIFIES that the ~~new~~-altered-~~existing~~-building-premises located at
82-88 Fulton Street, 33-43 Gold Street   **Block** 77   **Lot** 24 & 25

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ. FT. | MAXIMUM NO. OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | RESOLUTION USE GROUP | BUILDING CODE HABITABLE ROOMS | OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| 82-88 Fulton St. & 33-43 Gold Street | | | | | | | |
| Sub-Cellar | - | - | - | 9 | - | F-3 | Physical Culture Establishment, Male/Female lockers, handball courts, sauna, steam room, exercise room, storage, (2) private recreation room with apartment above, compactor. |
| Cellar | - | - | - | 9, 6,4 | - | F-3, C,E, D-2 | Swimming pool, offices Commercial, (2) medical Offices, Boiler Room. |
| Cellar Mezz. | - | - | - | 6 | - | C | Commercial |
| | | | 17 | 2 | 26 | J-2 | Class "A" apartments. |
| 1st Fl. | - | - | 15,12/2 | 2 | 41 | J-2 | Class "A" apartments. |
| New 1st Fl. Mezz. | - | - | 12/2 | 2 | 11 | J-2 | Class "A" apartments. |
| 2nd Fl. | - | - | 15,12/2 | 2 | 41 | J-2 | Class "A" apartments. |
| New 2nd Fl. Mezz. | - | - | 12/2 | 2 | 6 | J-2 | Class "A" apartments. |
| 3rd Fl. | - | - | 23,4/2 | 2 | 41 | J-2 | Class "A" apartments. |
| New 3rd Fl. Mezz. | - | - | 4/2 | 2 | 4 | J-2 | Class "A" apartments. |
| 4th Fl. | - | - | 15,12/2 | 2 | 41 | J-2 | Class "A" apartments. |
| New 4th Fl. Mezz. | - | - | 12/2 | 2 | 11 | J-2 | Class "A" apartments. |
| 5th Fl. | - | - | 15,12/2 | 2 | 41 | J-2 | Class "A" apartments. |

(CONTINUED)

OPEN SPACE USES _____
(SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

**NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED.**

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

_George C. Safford II_   _[signature]_
BOROUGH SUPERINTENDENT   COMMISSIONER

OFFICE COPY—DEPARTMENT OF BUILDINGS

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the **North** side of **Gold Street** distant **0'** feet from the corner formed by the intersection of **Gold Street** and **Fulton Street**

running thence **north 102'-9"** feet; thence **west 200'-9"** feet;
thence **south 87'** feet; thence **east 219'-6"** feet;
thence ............................................. feet; thence ............................................. feet;
thence ............................................. feet; thence ............................................. feet;
to the point or place of beginning.

N.B.XXXX LT. No. **343/78** DATE OF COMPLETION **2-13-80** CONSTRUCTION CLASSIFICATION **II-B/1B**
BUILDING OCCUPANCY GROUP CLASSIFICATION       HEIGHT          STORIES,         FEET.
**Class "A" Multiple Dwelling**        **6 & Mezz. & 7**    **74'-1/2"/122'**

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM (C26-1702.1) | X | | AUTOMATIC SPRINKLER SYSTEM (C26-1703.1) | X | |
| YARD HYDRANT SYSTEM (C26-1702.2) | | | CENTRAL STATION SUPERVISION (C26-1703.2 & .4) | | |
| PRIVATE HYDRANT SYSTEM (C26-1702.17) | | | WATER FLOW ALARM (C26-1703.4) | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM (C26-1702.21) | | | SIAMESE (C26-1703.6) | | |
| | | | TWO AUTOMATIC SOURCES (C26-1703.9(a)) | | |
| SMOKE DETECTOR (C26-1703.1.1) | | | ONE AUTOMATIC SOURCE (C26-1703.9(b)) | | |
| FIRE ALARM AND SIGNAL SYSTEM (C26-1704.1) | | | DOMESTIC WATER SUPPLY SOURCE (C26-1703.9c) | | |

THE FOLLOWING PERMITTED ALTERNATE TO A REQUIRED STANDPIPE SYSTEM WAS PROVIDED OR INSTALLED (C26-1702.1d).

| | YES | NO |
|---|---|---|
| HAND OR PORTABLE FIRE EXTINGUISHERS SUBJECT TO FIRE DEPARTMENT APPROVAL (C26-1702.1(d)(1)). | | |
| AUTOMATIC SPRINKLER SYSTEM CONNECTED TO A CENTRAL SUPERVISORY STATION (C26-1702.1(d)(2)). | | |

THE FOLLOWING PERMITTED ALTERNATES TO A REQUIRED AUTOMATIC SPRINKLER SYSTEM WERE INSTALLED.

| | YES | NO |
|---|---|---|
| PARTIAL SYSTEM (TABLE 17.2). CLARIFY EXTENT OF SYSTEM BELOW. | | |
| AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2) | | |
| NON AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2 FOOTNOTE (c)) | | |
| SMOKE DETECTOR ALARM SYSTEM (C26-1703.2) | | |

EXTINGUISHING AGENT IF OTHER THAN WATER: .............................................
EXTENT OF PARTIAL SYSTEM: .............................................

LIMITATIONS OR RESTRICTIONS
BOARD OF STANDARDS AND APPEALS CAL. NO. ~~998-79-BZ~~ **Bulletin #48, Volume IXIV,**
CITY PLANNING COMMISSION CAL. NO. ............      **Adopted November 27, 1979**
OTHERS: