Exhibit A

REEL 2293 PG 0167

FORM 2222    Standard N.Y.B.T.U. Form 8003 — Warranty Deed With Full Covenants–Individual or Corporation (single sheet)    REC. 1926

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

*no consideration*

**THIS INDENTURE**, made the 25th day of January, nineteen hundred and ninety-six

**BETWEEN** HAROLD THURMAN Individually and as Trustee with an address at 2700 Grand Avenue, Bellmore, New York, New York 11710

party of the first part, and

33 GRE Inc. with an address at 2700 Grand Avenue, Bellmore, New York 11710

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

See Schedule A

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

AND the party of the first part covenants as follows: that said party of the first part is seized of the said premises in fee simple, and has good right to convey the same; that the party of the second part shall quietly enjoy the said premises; that the said premises are free from incumbrances, except as aforesaid; that the party of the first part will execute or procure any further necessary assurance of the title to said premises; and that said party of the first part will forever warrant the title to said premises.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

IN WITNESS WHEREOF, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

MICHELE I. BURCHARD
NOTARY PUBLIC, State of New York
No. 01320
Qualified in Nassau County
Cert. Filed in _____ County
Commission Expires March 30, __

HAROLD THURMAN

HAROLD THURMAN, TRUSTEE

PREM. 33 GOLD STREET

REEL2293PG0168

[G.ld Street]

## EXHIBIT "A"

**PARCEL I**

All that lot of land in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly side of Fulton Street and the westerly side of Gold Street;

RUNNING THENCE southerly along the westerly side of Gold Street, ninety-four feet three and one-half inches to a point opposite the center line of a party wall standing one-half on the premises hereby described and one-half on the premises adjoining on the south;

THENCE westerly and through the center of said wall, ninety-nine feet eleven and one-half inches to the end of said wall;

THENCE northerly along the westerly face of westerly wall of the building on the premises hereby described, thirty-eight feet three and one-half inches;

THENCE still northerly along the westerly face of said wall thirty-nine feet to the southerly side of Fulton Street; and

THENCE still easterly along the southerly side of Fulton Street one hundred and two feet to the corner aforesaid at the point or place of BEGINNING.

0051138.01

Q051130.01

REEL2293PG0169

## EXHIBIT "A" CONTINUED

### PARCEL II

ALL that certain lot, piece of parcel of land, situate, lying and being in the Borough of Manhattan, County of New York, and City and State of New York, on the northwesterly side of Gold Street between John and Fulton Streets, formerly known as The First Baptist Church property, and occupied by said church corporation, and bounded and described as follows:

BEGINNING in front at a point on the northwesterly side of Gold Street, distant 94 feet southwesterly from the westerly corner of Fulton Street;

RUNNING THENCE southwesterly, along the said northwesterly line of Gold Street, 125 feet 7 inches more or less, to land now or late belonging to Robert Hoe, and to a point distant about 151 feet 8 inches, from the northerly corner of John and Gold Streets;

THENCE northwesterly, in the rear, 124 feet 10 inches more or less to the northerly corner of the premises hereby described, and

THENCE southwesterly, along land now or late of William Hager, 99 feet 11 inches more or less to the said northwesterly side of Gold Street, to the place of BEGINNING.

Be the same dimensions more or less.

**STATE OF NEW YORK, COUNTY OF** Nassau ss:

On the 25th day of January 1996, before me personally came

HAROLD THURMAN

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

*Michele L Burchard*

MICHELE L. BURCHARD
NOTARY PUBLIC, State of New York
No. 30 0491320
Qualified in Nassau County
Cert. Filed in _____ County
Commission Expires March 30, __

**STATE OF NEW YORK, COUNTY OF**    ss:

On the    day of    19   , before me personally came

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

REEL 2293 PG 0170

**STATE OF NEW YORK, COUNTY OF**    ss:

On the    day of    19   , before me personally came
to me known, who, being by me duly sworn, did depose and say that   he resides at No.    ;
that   he is the
of
, the corporation described in and which executed the foregoing instrument; that   he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that   he signed h   name thereto by like order.

**STATE OF NEW YORK, COUNTY OF**    ss:

On the    day of    19   , before me personally came
the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that   he resides at No.    ;
that   he knows
to be the individual described in and who executed the foregoing instrument; that   he, said subscribing witness, was present and saw   execute the same; and that   he, said witness, at the same time subscribed h   name as witness thereto.



**Warranty Deed**
WITH FULL COVENANTS.

TITLE No. _____

TO

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS
*Distributed by*
**COMMONWEALTH LAND**
TITLE INSURANCE COMPANY

SECTION
BLOCK
LOT
COUNTY OR TOWN

Recorded at Request of COMMONWEALTH LAND TITLE INSURANCE COMPANY

RETURN BY MAIL TO:

Zip No.

RESERVE THIS SPACE FOR USE OF RECORDING OFFICE

# CITY REGISTER RECORDING AND ENDORSEMENT PAGE
## - NEW YORK COUNTY -
(This page forms part of the instrument)

FIRST AMERICAN TITLE INSURANCE COMPANY OF NEW YORK
228 EAST 45th STREET
NEW YORK, NEW YORK 10017

Block(s): 77
Lot(s): 24
33 Gold Street
1/F/A 83-88 Fulton St

Record & Return to: Belkin, Burden Wenig & Goldman LLP
342 Madison Ave, NY, NY 10173-0035
Attn: Craig Ingbar Esq.
Title/Agent Company name: First American
Title Company number: REQ 1926

REEL 2293 PG 0177

OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE

THE FOREGOING INSTRUMENT WAS ENDORSED FOR THE RECORD AS FOLLOWS:

Examined by (●): _____

Mtge Tax Serial No.: _____
Mtge Amount: $ _____
Taxable Amount: $ _____
Exemption (✓): YES ☐  NO ☐
Type: [339EE]  [255]  [OTHER ____]
Dwelling Type: [1 to 2]  [3]  [4 to 6]  [OVER 6]

TAX RECEIVED ON ABOVE MORTGAGE ▼
County (basic): $ _____
City (Add'l): $ _____
Spec Add'l: $ _____
TASF: $ _____
MTA: $ _____
NYCTA: $ _____
TOTAL TAX: $ _____
Apportionment Mortgage (✓) YES ☐  NO ☐

Joy A. Bobrow, City Register

City Register Serial Number → 004378
Indexed By (●): _____  Verified By (●): _____
Block(s) and Lot(s) verified by (✓): MY
Address: _____  Tax Map: ☐
Extra Block(s): _____  Lot(s): _____
Recording Fee: $4
Affidavit Fee ___(C): $
TP-584/582 Fee ___(Y): $
RPTT Fee ___(R): $
HPD-A ☐    HPD-C ☐

New York State Real Estate Transfer Tax ▼
$
Serial Number → 96 S 3958

New York City Real Property Transfer Tax
Serial Number → R 0986

New York State Gains Tax
Serial Number →

RECORDED IN NEW YORK COUNTY
OFFICE OF THE CITY REGISTER
1996 FEB 16 A 11:40

Witness My Hand and Official Seal

City Register

REEL 2293 PG 0177
DEED 776942 $42.00
CRFT 776943 $2.00