**DEFENDANT'S EXHIBIT "E"**

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001
                          FILING RECEIPT
================================================================================
ENTITY NAME: GOLD STREET PROPERTIES, L.P.

DOCUMENT TYPE: AMENDMENT (DOM LP)                          COUNTY: NASS
               DURATION
================================================================================
FILED:07/03/2019 DURATION:12/31/2118 CASH#:190703000567 FILM #:190703000529

    FILER:
    ------
    HAROLD THURMAN
    49 WEST 32ND STREET, 2ND FLOOR

    NEW YORK, NY 10001

    ADDRESS FOR PROCESS:
    --------------------



    REGISTERED AGENT:
    -----------------
```



```
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **              SERVICE CODE: 00


   FEES       70.00                                  PAYMENTS     70.00
              ------                                               ------
   FILING     60.00                                  CASH          0.00
   TAX         0.00                                  CHECK         0.00
   CERT        0.00                                  CHARGE       70.00
   COPIES     10.00                                  DRAWDOWN      0.00
   HANDLING    0.00                                  OPAL          0.00
                                                     REFUND        0.00
================================================================================
                                                     DOS-1025 (04/2007)
```

# STATE OF NEW YORK

## DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on July 5, 2019.

Brendan C. Hughes
Executive Deputy Secretary of State

Rev. 06/13

1 907 03000 529

## CERTIFICATE OF AMENDMENT
## OF
## CERTIFICATE OF LIMITED PARTNERSHIP
## OF
## GOLD STREET PROPERTIES, L.P.

Under Section 121-202 of the Revised Limited Partnership Act.

IT IS CERTIFIED THAT:

1.  The name of the limited partnership is Gold Street Properties, L.P.

2.  The certificate of limited partnership was filed by the Secretary of State on December 5, 1995 under the name Gold Street Properties.

3.  The certificate of limited partnership is amended to change the latest date on which the partnership shall dissolve. Paragraph 6, relating to the latest date the limited partnership is to dissolve is hereby amended to read as follows:

"The latest date upon which the limited partnership is to dissolve is December 31, 2118."

IN WITNESS WHEREOF, the undersigned general partner has subscribed to this certificate on June 25, 2019 and affirms that the statements made herein are true under penalties of perjury.

33 CGP INC., a New York corporation,
as General Partner of Gold Street Properties, L.P.

By: _____
Harold Thurman, President

637113v.2
190703000529

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                       CERTIFICATE OF RESERVATION
=================================================================================
ENTITY NAME: GOLD STREET PROPERTIES L.P.

DOCUMENT TYPE: RESERVATION (DOM LP)

=================================================================================
FILED:06/25/2019 DURATION:08/26/2019 CASH#:190625000337 FILM #:190625000317


   FILER:
   ------
   WILLIAM P WALKER
   DAVIDOFF HUTCHER & CITRON LLP
   605 THIRD AVE, 34TH FL
   NEW YORK, NY 10158

   ADDRESS FOR PROCESS:
   -----------------------


   REGISTERED AGENT:
   ------------------
```



```
   ** SUBMIT RECEIPT WHEN FILING CERTIFICATE **
   APPLICANT NAME  : WILLIAM P WALKER
=================================================================================
   SERVICE COMPANY: CORPORATION SERVICE COMPANY - 45      SERVICE CODE: 45

   FEES         45.00                                     PAYMENTS        45.00
                --------                                                  --------
   FILING       20.00                                     CASH             0.00
   TAX           0.00                                     CHECK            0.00
   CERT          0.00                                     CHARGE           0.00
   COPIES        0.00                                     DRAWDOWN        45.00
   HANDLING     25.00                                     OPAL             0.00
                                                          REFUND           0.00
=================================================================================
   819492AJC                                              DOS-1025 (04/2007)
```

STATE OF NEW YORK
ALBANY COUNTY

I, Bruce A. Hidley, Clerk of the County of Albany of the County Court of said County and of the Supreme Court, both being courts of Record having a common seal, DO HEREBY CERTIFY that I have compared this copy with the original

DESCRIPTION: ORDER - OTHER
DATE:        06/18/2019
CASE#        901032-19

filed, recorded, or entered in this office and that the same is a correct transcript thereof and of the whole of said original.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said County and Courts on

Date: __06/24/2019__

Bruce A. Hidley
Albany County Clerk

By: AB

FILED: ALBANY COUNTY CLERK 06/18/2019 02:49 PM
NYSCEF DOC. ALBANY COUNTY CLERK 02/21/2019 05:35 PM
NYSCEF DOC. NO. 5

INDEX NO. 901032-19
INDEX NO. 901032-19
RECEIVED NYSCEF: 06/18/2019
RECEIVED NYSCEF: 02/21/2019

At IAS Part __ of the Supreme Court of the State of New York, County of Albany, at the Courthouse, 16 Eagle Street, Albany, New York, on the 24 day of May, 2019.

PRESENT:
HONORABLE _CATHERINE CHOLAKIS_ J.S.C.

-------------------------------------x

In the Matter of the Petition of

GOLD STREET PROPERTIES, L.P.,

　　　　　　　　　　　　Petitioner,

For Judgment Pursuant to CPLR Article 78

　　　- against -

ROSSANA ROSADO, as Secretary of State of the State of New York,

　　　　　　　　　　　　Respondent.

-------------------------------------x

Index No. 901032-19

[PROPOSED]
ORDER

　　　　Petitioner, GOLD STREET PROPERTIES, L.P. ("Petitioner"), by its attorneys, Davidoff Hutcher & Citron LLP, having sought a Judgment and Order in this Court by Order to Show Cause pursuant to Article 78 of the Civil Practice Law and Rules authorizing and directing the Secretary of State of the State of New York to accept for filing a certified copy of a Court Order authorizing the filing of a certificate of amendment of Petitioner's certificate of limited partnership, thereby extending the duration of Petitioner, and upon reading the Order to Show Cause entered by this Court on _March 1, 2019_, Petitioner's Verified Petition duly verified by Harold Thurman, the President of Petitioner's general partner, 33 CGP Inc., all the exhibits and supporting papers attached thereto, and sufficient cause having been shown, and

638351v.2

FILED: ALBANY COUNTY CLERK 06/18/2019 02:49 PM
NYSCEF DOC. NO. 11

INDEX NO. 901032-19
RECEIVED NYSCEF: 06/18/2019

RECEIVED
NYS OFFICE OF THE
MAY 29 2019
ATTORNEY GENERAL
LITIGATION BUREAU

FILED: ALBANY COUNTY CLERK 06/18/2019 02:49 PM
FILED: ALBANY COUNTY CLERK 02/21/2019 05:35 PM
NYSCEF DOC. NO. 5

INDEX NO. 901032-19
INDEX NO. 901032-19
RECEIVED NYSCEF: 06/18/2019
RECEIVED NYSCEF: 02/21/2019

Respondent Rossana Rosado, as Secretary of State of the State of New York ("Respondent")

FILED

having no objection to the relief requested by Petitioner, ~~and it appearing that the parties hereto have agreed to the form of relief to be granted,~~ AND SUFFICIENT PROOF OF SERVICE HAVING BEEN FILED,

NOW, upon Motion of Petitioner, IT IS

ORDERED, that the Secretary of State is hereby authorized and directed to file the certificate of amendment of the Petitioner's certificate of limited partnership, previously filed by the Department of State, Division of Corporations on December 5, 1995; and it is further

ORDERED, the Petitioner shall submit a certified copy of this order, along with a duly executed certificate of amendment of Petitioner's certificate of limited partnership extending Petitioner's duration, to the Department of State, Division of Corporations, together with a filing fee of $60.00, and the Secretary of State is authorized and directed to accept for filing such certified copy.

Signed this 24 Day of May, 2019, at Albany, New York.

ENTER:

Hon. CATHERINE CHOLAKIS
ACTING Justice of the Supreme Court

6/18/19

638351v.2

589

CERTIFICATE OF AMENDMENT
OF
CERTIFICATE OF LIMITED PARTNERSHIP
OF
GOLD STREET PROPERTIES, L.P.
Under Section 121-202 of the Revised Limited Partnership Act.

KC

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED   JUL 03 2019
TAX $_____
BY: _____

2019 JUL -2 PM 1:43
RECEIVED

Filed by:   Harold Thurman
            49 West 32nd Street, 2nd Floor
            New York, New York 10001

637113v.1

567

NEW YORK STATE DEPARTMENT OF STATE
Division of Corporations, State Records and UCC
One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231

TO: HAROLD THURMAN            190703000529
    49 WEST 32ND STREET, 2ND FLOOR
    NEW YORK  NY 10001