| Form **W-2** Wage and Tax Statement | 2019 | | |
|---|---|---|---|

**Copy B To Be Filed with Employee's FEDERAL Tax Return**

| Box | Description | Amount |
|---|---|---|
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 1 | Wages, tips, other comp | 25,957.20 |
| 2 | Federal income tax withheld | 1,701.06 |
| 3 | Social security wages | 26,997.20 |
| 4 | Social security tax withheld | 1,673.76 |
| 5 | Medicare wages and tips | 26,997.20 |
| 6 | Medicare tax withheld | 391.68 |
| 11 | Nonqualified plans | |
| 12a | D | 1,040.00 |
| 14 | Other — IRC132 | 1506.00 |

c Employer's name, address, and ZIP code:
THURCON PROPERTIES LTD
49 W 32ND ST
2ND FLOOR
NEW YORK  NY  10001

e Employee's name, address, and ZIP code:
BARBARA POWERS
[redacted]
NEW YORK, NY 10065

a Employee's social security no: [redacted]-4526

| 15 State | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| NY | 25,957.20 | 854.30 | 25,957.20 | 649.19 | NYC RES T |

**Copy C For EMPLOYEE'S RECORDS** — Form W-2, 2019, THURCON PROPERTIES LTD, 49 W 32ND ST, 2ND FLOOR, NEW YORK NY 10001. Employee: BARBARA POWERS, NEW YORK, NY 10065. SSN ending -4526.
Box 1: 25,957.20; Box 2: 1,701.06; Box 3: 26,997.20; Box 4: 1,673.76; Box 5: 26,997.20; Box 6: 391.68; Box 12a D: 1,040.00; Box 14 IRC132: 1506.00; State NY wages 25,957.20, state tax 854.30; local wages 25,957.20, local tax 649.19, NYC RES T.

**Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return** — Form W-2, 2019, THURCON PROPERTIES LTD, 49 W 32ND ST, 2ND FLOOR, NEW YORK NY 10001. Employee: BARBARA POWERS, NEW YORK, NY 10065. SSN ending -4526.
Box 1: 25,957.20; Box 2: 1,701.06; Box 3: 26,997.20; Box 4: 1,673.76; Box 5: 26,997.20; Box 6: 391.68; Box 12a D: 1,040.00; Box 14 IRC132: 1506.00; State NY wages 25,957.20, state tax 854.30; local wages 25,957.20, local tax 649.19, NYC RES T.

**Copy 2 To Be Filed with Employee's State, City, or Local Income Tax Return** — Form W-2, 2019, THURCON PROPERTIES LTD, 49 W 32ND ST, 2ND FLOOR, NEW YORK NY 10001. Employee: BARBARA POWERS, NEW YORK, NY 10065. SSN ending -4526.
Box 1: 25,957.20; Box 2: 1,701.06; Box 3: 26,997.20; Box 4: 1,673.76; Box 5: 26,997.20; Box 6: 391.68; Box 12a D: 1,040.00; Box 14 IRC132: 1506.00; State NY wages 25,957.20, state tax 854.30; local wages 25,957.20, local tax 649.19, NYC RES T.

OMB 1545-0008    Dept. of the Treasury — IRS