PW1                                                                                          PAGE 2

| 7 | Plans/Construction Documents Submitted | *Plans are required for most applications.* |

Are plans being submitted with this PW1? ☐ Yes ☒ No    *If yes, do the plans include:* ☐ FO — Foundation ☐ EN — Energy Analysis

| 8 | Additional Information |

| 8A | WT | Cost | WT | Cost | WT | Cost |
|----|----|------|----|------|----|------|
| | FA | 56400 | | | | |
| | | | | | | |
| | | | | | | |

**8B Is a building enlargement proposed?**
☒ No enlargement is proposed
☐ Yes  *12, PD1*

☐ Horizontal    ☐ Vertical
Additional Construction Floor Area:
_____ sq. ft.

**8C** Estimated Job Cost $ 56400
**8D** Street Frontage: _____ linear ft.
**8E** Height: _____ ft. Width: _____ ft.
**8F** Total Construction Floor Area:
_____ sq. ft.

| 9 | Additional Considerations, Limitations or Restrictions |

**9A** Review is requested under which building code? ☒ 2014 ☐ 2008 ☐ 1968 ☐ Prior to 1968

Yes No
**9B** ☐ ☒ Alteration required to meet New Building requirements (28-101.4.5) *If yes, 13A-B*
☐ ☒ Alteration is a major change to exits
**9C** ☐ ☒ Façade Alteration
☐ ☒ Adult Establishment *If yes, plot diagram (except DM)*
☐ ☒ Compensated Development (Inclusionary Housing)
☐ ☒ Low Income Housing (Inclusionary Housing)
☐ ☒ Single Room Occupancy (SRO) Multiple Dwelling
☐ ☒ Filing includes Lot Merger / Reapportionment *If yes, 17*
**9D** ☐ ☒ Landmark
☐ ☒ Little "E" or RD Site
☐ ☒ Unmapped/CCO Street
☐ ☒ Requesting legalization of work where no work without a permit violations have been issued
☐ ☒ Other (please specify on line provided below):
_____
☐ ☒ CRFN(s) *Restrictive Declaration / Easement (max. 4):* _____
☐ ☒ CRFN(s) *Zoning Exhibit (I, II, III, etc. - max. 4):* _____
**9E** ☐ ☒ BSA Calendar Numbers *(max. 5):*
**9F** ☐ ☒ CPC Calendar Numbers *(max. 5):*
**9G** ☐ ☒ Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]
**9H** ☐ ☒ Work includes modular construction under New York State jurisdiction
☐ ☒ Work includes modular construction under New York City jurisdiction
**9J** ☐ ☒ Structural peer review required per BC 16. *If yes, provide NYS P.E. license number:*
**9K** ☐ ☒ Work includes permanent removal of standpipe, sprinkler or fire suppression related systems
**9L** ☐ ☒ Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building *If yes, 21B*
☐ ☒ Structural stability affected by proposed work

Yes No
☐ ☒ Change in number of dwelling units
☐ ☒ Change in occupancy / use
☐ ☒ Change is inconsistent with current certificate of occupancy
☐ ☒ Change in number of stories
☐ ☒ Infill Zoning
☐ ☒ Loft Board
☐ ☒ Quality Housing
☐ ☒ Site Safety Job/Project
☐ ☒ Included in LMCCC
☐ ☒ Filing to address violations *(list #s—max. 5):*
_____
☐ ☒ Filing to comply with Local Laws *(list #s—max. 2)*

Yes No Work Includes:
☐ ☒ Prefab wood I-joists
☐ ☒ Structural cold-formed steel
☐ ☒ Open-web steel joists

LL Number    Year

**9I** High Rise Team tracking #: _____

| 10 | NYCECC Compliance | *New York City Energy Conservation Code* |

☐ To the best of my knowledge, belief and professional judgment, all work under this application is in compliance with the NYCECC*
Code Compliance Path *(choose one):* ☐ NYCECC    ☐ ASHRAE
Energy Analysis *(choose one):* ☐ Tabular Analysis ☐ REScheck ☐ COMcheck ☐ Energy Modeling (EN1)
☒ To the best of my knowledge, belief and professional judgment, all work under this application is exempt from the NYCECC* in accordance with one of the following *(choose one):*
☐ The work is an alteration of a State or National historic building.
☐ The scope of the work is entirely in a "low-energy building" and is limited to the building envelope.
☒ The entire scope of work involves a temporary structure and/or one or more of the following work types:
FA, FP, SD, SP, FS, EQ, CC, OT/BPP, OT/FPP. Other work types are not exempt.
☐ This is a post-approval amendment and exempt under a prior edition of the energy code. See statement of exemption on attached drawings.

*DOB Reference Number: T00001486411-000021*    12/14
*User Ref ID: 88FULTST*

PW1

PAGE 3

**11 Job Description**

INSTALLATION OF A MANUAL, AUTOMATIC, SMOKE/HEAT/CO DETECTION AND SPRINKLER FIRE ALARM SYSTEM AS PER PLANS SUBMITTED HEREWITH, NO CHANGE IN USE, EGRESS OR OCCUPANCY GROUP.

**11A Related DOB Job Numbers**

11B Primary application job no.

**12 Zoning Characteristics**

12A   District(s) C6-4

Overlay(s)

Special Dist.(s) LM

Map Number 12B

12B Street legal width: _____ ft.

Street Status: ☐ Public ☐ Private

*If the zoning lot includes multiple tax lots, list all tax lots here ►*

12C *Proposed:*

| Use* | Zoning Floor Area | District | FAR |
|------|------|------|------|
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| Proposed Totals | sq. ft. | | |
| Existing Total | sq. ft. | | |

*Proposed Lot Details:*

Lot Type: ☐ Corner ☐ Interior ☐ Through

Lot Coverage _____ %

Lot Area _____ sq. ft.

Lot Width _____ ft.

*Proposed Other Details:*

Enclosed Parking? ☐ Yes ☐ No

If yes, no. of parking spaces: _____

Perimeter Wall Height _____ ft.

*Proposed Yard Details:*

Check here if no yards: ☐  or

Front Yard _____ ft.

Rear Yard _____ ft.

Rear Yard Equivalent _____ ft.

Side Yard 1 _____ ft.

Side Yard 2 _____ ft.

*Use can be one of the following: residential, commercial, manufacturing, or community facility. List only one use per line.*

**13 Building Characteristics** *Main use/dominant occupancy per AC §28-101.5.   **Use 2014 Code equivalents only.   ‡Residential w/other use.*

13A Primary structural system, *choose one:* ☐ Masonry ☐ Concrete (CIP) ☐ Concrete (Precast) ☐ Steel (Encased in Concrete)
☐ Wood ☐ Steel (Structural) ☐ Steel (Cold-Formed)

13B

| | Existing | 2014 Code Designations? | Proposed | 2014 Code Designations? |
|------|------|------|------|------|
| Structural Occupancy/Risk Cat. | | | | |
| Seismic Design Cat. | | | | |
| Occupancy Classification* | R-2 | ☒ Yes ☐ No | | ☒ Yes** |
| Construction Classification | 1 | ☐ Yes ☒ No | | ☐ Yes ☐ No |
| Multiple Dwelling Classification | HAEA | | | |

13D Building Type: ☐ 1, 2, or 3 Family ☒ Other
Mixed use building?‡ ☐ Yes ☒ No

13E

| | Existing | Proposed |
|------|------|------|
| Building Height | 74 ft. | ft. |
| Building Stories | 7 | |
| Dwelling Units | 292 | |

13F Building was originally erected pursuant to which Building Code? ☐ 2014 ☐ 2008 ☐ 1968 ☐ Prior to 1968

The earliest Code with which this building or any part of it is required to comply: ☐ 2014 ☐ 2008 ☐ 1968 ☐ Prior to 1968

**14 Fill** *Choose one.*

☒ Not Applicable   ☐ On-Site   ☐ Off-Site   ☐ Under 300 cubic yards

**15 Construction Equipment**

☐ Chute   ☐ Sidewalk Shed

☐ Fence   Size: _____ linear ft.

☐ Supported Scaffold   ☐ Other: _____

Construction Material: _____

BSA/MEA Approval No. _____

**16 Curb Cut Description**

Size of cut (with splays): _____ ft.

Distance to nearest corner: _____ ft.

to street: _____

**17 Tax Lot Characteristics**

Original tax lots being merged or reapportioned (if applicable):

| | | | | | | |
|---|---|---|---|---|---|---|

Tentative tax lot numbers (new tax lots only):

| | | | | | | |
|---|---|---|---|---|---|---|

**18 Fire Protection Equipment**

| | Existing | | Proposed | |
|------|------|------|------|------|
| | Yes | No | Yes | No |
| Fire Alarm | ☐ | ☐ | ☐ | ☐ |
| Fire Suppression | ☐ | ☐ | ☐ | ☐ |
| Sprinkler | ☐ | ☐ | ☐ | ☐ |
| Standpipe | ☐ | ☐ | ☐ | ☐ |

*DOB Reference Number: T00001486411-000021*
*User Ref ID: 88FULTST*   12/14

PW1                                                                                    PAGE 4

## 19 | Open Spaces

|  | Existing | Proposed |  | Existing | Proposed |
|---|---|---|---|---|---|
| Plaza Area | sq. ft. | sq. ft. | Arcade Area | sq. ft. | sq. ft. |
| Parking Area | sq. ft. | sq. ft. | Parking Spaces |  |  |
| Loading Berths | sq. ft. | sq. ft. | Loading Berths |  |  |

## 20 | Site Characteristics

## 20A | Flood Hazard Area Information

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ☐ | ☒ | Tidal Wetlands | ☐ | ☒ | Freshwater Wetlands |
| ☐ | ☒ | Coastal Erosion Hazard Area | ☐ | ☒ | Urban Renewal |
| ☒ | ☐ | Fire District | ☐ | ☒ | Flood Hazard Area *If yes, 20A* |

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Substantial improvement? |
| ☐ | ☐ | Substantially damaged? |
| ☐ | ☐ | Floodshields part of proposed work? |

## 21 | Demolition Details *Mechanical equipment other than handheld devices to be used for demolition or removal of debris (BC §3306.4).*

| | Yes | No | |
|---|---|---|---|
| 21A | ☐ | ☐ | Demo. filing is for a secondary structure? *If yes, specify structure being demolished:* |
| | ☐ | ☐ | Mechanical means* from out of building?   *If yes, mechanical means will demolish:* ☐ entire structure   or   ☐ part of structure |
| | ☐ | ☐ | Mechanical means* from within building?   *If yes, describe equipment proposed:* |
| 21B | ☐ | ☐ | Demolition work affects the exterior building envelope |
| | ☐ | ☐ | The scope of work involves raising/moving of a building |

## 22 | Asbestos Abatement Compliance  *Choose one.*

☐ The scope of work requires related asbestos abatement as defined in the regulations of the NYC Department of Environmental Protection (DEP).

☒ The scope of the work is **not** an asbestos project as defined in the regulations of the NYC DEP.  *DEP Control # is required.*
   DEP ACP-5 Control No.  1242872

☐ The scope of work is exempt from the asbestos requirement as defined in the regulations promulgated by the NYC DEP (15 RCNY 1-23(b))
   or is an alteration  to a building constructed pursuant to plans submitted for approval on or after April 1, 1987, in accordance with § 28-106.1.

## 23 | Sign

| Purpose: | Type: | Estimated Cost: $ |
|---|---|---|
| ☐ Advertising | ☐ Illuminated  23A | Total Square Feet: |
| ☐ Non-Advertising | ☐ Non-Illuminated | Height above Curb:        ft.      in. |

Location: ☐ Ground ☐ Roof 23B ☐ Wall    Height above Roof:        ft.      in.

| Yes | No | |
|---|---|---|
| ☐ | ☐ | Is sign inside building line?   *If no, sign projects by:*       ft.      in. |
| ☐ | ☐ | Designed for changeable copy? *If no, 23C* |
| ☐ | ☐ | Does an OAC have an interest in this sign or location? *If yes, 23G* |
| ☐ | ☐ | Within 900' and within view of an arterial highway? *If yes, 23D* |
| ☐ | ☐ | Within 200' and within view of a park 1/2 acre or more? *If yes, 23E* |

-------> *If answer is "yes" to either of the above two questions and this is an advertising sign, OAC sign number is required in section 23F*

23A  Illuminated type: ☐ Direct  ☐ Flashing  ☐ Indirect

| Yes | No | |
|---|---|---|
| ☐ | ☐ | If sign projects beyond building line, is owner billed for annual permit? *If no, specify in 26B* |

23B  ☐ ☐ Is roof sign tight, closed or solid?

23C  Sign wording.  *If extensive, provide only key wording.*

| 23D | Distance from Arterial Highway: | ft. |
|---|---|---|
| 23E | Distance from Park 1/2 acre or more: | ft. |
| 23F | OAC Sign Number: | |
| 23G | OAC Registration Number: | |

## 24 | Comments *Place additional comments on an AI-1 form.  See Guide for proper incorporation of professional certification statements.*

PW1                                                                                                                    PAGE 5

## 25 | Applicant's Statements and Signatures    *Required for all applications.*

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of the construction documents and specifications herewith barred from filing further applications or documents with the Department. I prepared or supervised the preparation of the construction documents and work shown thereon comply with the provisions of the NYC Administrative Code and other submitted and to the best of my knowledge and belief, the construction documents and work shown thereon comply with the provisions of the NYC Administrative Code and other applicable laws and rules, ☐ (—check here if) accept as set forth in the accompanying documents. I acknowledge that I have read and complied with all instructions pertaining to this application and supplementary schedules submitted. Cluster Development Statement (if applicable): I hereby state that all specifications relating to this job are identical to those previously filed under the group lead job number, except as specified herein.

For Initial New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does this building qualify for high-rise designation?   ☐ Yes   ☐ No

Directive 14 initial applications only: I certify that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy.   ☒ Yes   ☐ No

Name (print): LEONID  BERMAN

Sign and Date:

P.E / R.A. Seal (apply seal—then sign and date over seal)

## 26 | Property Owner's Statements and Signatures

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department. Furthermore, I understand that I am responsible for insuring that a final inspection be performed when the permitted work is complete, and that a satisfactory report of final inspection be submitted, along with all required submittal documents, so that the NYC Department of Buildings may issue a letter of completion or certificate of occupancy within the time prescribed by law.

I have authorized the applicant to file this application for the work specified herein and all future amendments. I will not knowingly authorize any work that is not in compliance with all applicable laws, rules, and regulations.

Owner Type:  ☐ Individual   ☒ Partnership   ☐ NYCHA / HHC
             ☐ Corporation   ☐ Other Government   ☐ NYC Agency
             ☐ Condo Unit Owner or Co-Op Tenant-shareholder 26A
             Is the deed holder a non-profit organization? ☐ Yes   ☒ No

**Yes  No**

☐  ☐  **Fee Exemption Request (Non-Profit Owned and Operated)** In accordance with Administrative Code §28-112.1, Exception 1, I certify that the deed holder is a corporation or association organized and operated exclusively for the purposes indicated in such section, and that the property is used exclusively by such entity for such purposed. ★

☐  ☐  **Fee Exemption Request (NYCHA/HHC, NYC Agency, or Other Government Owned and Operated)** The building or any part thereof to be constructed, renovated, altered or demolished is owned and operated exclusively for the purposes of the NYC Agency, NYC Authority, NYS Agency, Federal Government or any other government entity. ★

☐  ☒  **Owner's Certifications Regarding Occupied Housing** The site of the building to be altered or demolished, or the site of the new building to be constructed, contains one or more occupied dwelling units that will remain occupied during construction. These occupied dwelling units have been clearly identified on the submitted construction documents.

☐  ☒  The site of the building to be altered or demolished, or the site of the new building to be constructed, contains occupied housing accommodations subject to rent control or rent stabilization under Chapters 3 and 4 of Title 26 of the New York City Administrative Code. *If yes, select one of the following:*

☐  The owner is not required to notify the New York State Homes and Community Renewal (NYSHCR) of the owner's intention to file because the nature and scope of the work proposed, pursuant to NYSHCR regulations, does not require notification.

☐  The owner has notified the New York State Homes and Community Renewal (NYSHCR) of its intention to file such construction documents/apply for such permit and has complied with all requirements imposed by the regulations of such agency as preconditions for such filing/application).

*Provide date NYSHCR notified:*

☒  ☐  **Owner's Certification for Directive 14 Applications (if applicable)** I have read and am fully aware of the applicant's statement that the construction documents submitted and all construction documents related to this application will not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy of the work is not inconsistent with the current certificate of occupancy. Furthermore, I understand that I am responsible for retaining a qualified design professional to perform a final inspection when the permitted work is complete and this professional must submit a satisfactory final inspection report to the NYC Department of Buildings within the time following inspection prescribed by Department rule.

*Notes for Section 26A: Section required if unit owner signed Section 26. Signature required for authorized representative of Condo or Co-Op board.*
★ *For fee waivers, please see the PW1 User Guide*

Name (please print): AMANDA  ORTIZ

Relationship to Owner: PROPERTY MANG.

Business Name/Agency: GOLD PRPERTIES, LP

Street Address: 49 WEST 32ND STREET

City: NEW YORK   State: NY   Zip: 10001

Telephone Number: (212) 477-2700 Fax: (212) 277-3340

E-Mail Address: AMANDA@THURCON.COM

Signature and Date ▶        5-25-16

### 26A | Condo/Co-Op Board   *See note in bottom left corner of page.*

Name (please print):

Title:

Street Address:

City:   State:   Zip:

Telephone Number:   Fax:

E-Mail Address:

Signature and Date ▶

### 26B | Lessee Responsible for Annual Sign or Marquee Permit

Name (please print):

Relationship to Owner:

Business Name/Agency:

Street Address:

City:   State.   Zip:

Telephone Number:   Fax:

E-Mail Address:

DOB Reference Number: T00001486411
User Ref ID: 88FULTST   12/14







**Buildings**

## PW3: Cost Affidavit

*Must be typewritten.*

 Orient and affix BIS job number label here ☒

| 1 | Reason For Filing *Required for all applications.* |
|---|---|

| Reason for filing cost affidavit: | Cost information provided must be based on: | 1A Indicate existing document number affected by filing: |
|---|---|---|
| ☐ Initial Filing  2-7 | Estimated cost of construction | |
| ☐ Prior to Approval Actions  1A, 2-7 | Estimated cost of construction | |
| ☐ Post Approval Amendment (PAA)  1A, 2-7 | Estimated cost of construction | |
| ☐ To obtain Sign-off  2-3, 5, 7 | Actual construction cost of completed work | |

| 2 | Location Information *Required for all applications.* |
|---|---|

House No(s) 33    Street Name Gold Street

Borough Manhattan    Block 77    Lot 24    BIN 1077403    C.B. No. 101

| 3 | Cost Details *Required for all applications.* |
|---|---|

Cost estimates shall include total value of work proposed per § 28-112.3 of the NYC Administrative Code and shall be direct work costs based upon material, equipment and labor; work shall include all construction elements including, but not limited to, construction equipment, wall and floor finishes, built-in cabinets, and kitchen appliances. Indirect costs, including but not limited to general conditions, insurance, and an allowance for profit and overhead shall be added to direct work costs and shall be reflected in the unit costs shown. If in the opinion of the Department, the valuation is underestimated on the application, the permit shall be denied, unless the applicant can show detailed estimates to meet the approval of the Department. The initial, amended and final building permit valuation shall be set by the department. *"Yes"* or *"No"* **must** be specified for each *"Category of Work"* listed below.

**Categories of Work**  *(Must match all applicable categories indicated on PW1.)*

Yes No
- ☐ ☐ Boiler (BL)
- ☐ ☐ Fire Alarm (FA)
- ☐ ☐ Fuel Burning (FB)
- ☐ ☐ Fuel Storage (FS)
- ☐ ☐ Fire Suppression (FP)
- ☐ ☐ Mechanical (MH)
- ☐ ☐ Plumbing (PL)

Yes No
- ☐ ☐ Standpipe (SD)
- ☐ ☐ Sprinkler (SP)
- ☐ ☐ Signs (SG)
- ☐ ☐ Other (OT)
  - ☐ Antenna (OT/ANT)
  - ☐ Fire Protection Plan (OT/FPP)
  - ☐ Marquee (OT/MAR)
  - ☐ (Describe) _____

Yes No
- ☐ ☐ General Construction (OT)
  - ☐ Partial Demolition
  - ☐ Non-Structural Demolition
  - ☐ Structural Work
  - ☐ Interior Renovation
  - ☐ Exterior Renovation
  - ☐ (Describe) _____

| Category of Work* | Description of Work | Area/Units | Unit Cost ($) | Total Cost ($) | Work Category Total Cost ($) |
|---|---|---|---|---|---|
| Gen. Const. (OT) | Structural repairs of sidewalk slab. | 1,000 SF | 84 | 84,000 | 84,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL JOB COST: $ | 84,000 | |

*List ALL Categories of Work specified "Yes" above. Use more than one line for Categories of Work that involve multiple unit costs. See PW3 Form Instructions for a sample of completed Section 3 Cost Details.

PW3                                                                                    PAGE 2

| 4 | Design Applicant Information |

| Last Name | | First Name | Middle Initial |
| Business Name | | Business Phone | Business Fax |
| Business Address | | | Mobile Phone |
| City | State | Zip | E-Mail |
| License Number | Choose One: ☐ P.E.   ☐ R.A.   ☐ Sign Hanger | ☐ Other (specify) | |

| 5 | Owner/Lease Holder Information |

| Last Name Thurman | | First Name Brad | Middle Initial |
| Business Name Gold Street Properties LP | | Business Phone 212-477-2700 | Business Fax |
| Business Address 49 West 32 Street | | | Mobile Phone |
| City New York | State NY | Zip 10001 | E-Mail |

| 6 | Design Applicant's Statements and Signatures |

I hereby state the information on this form is correct and complete to the best of my knowledge.  I understand falsification of any statement is a misdemeanor and punishable by a fine, imprisonment, or both.  I also understand it is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both.  I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print)                                                     Signature                              Date

P.E. / R.A. Seal  *(apply seal, then sign and date over seal)*

| 7 | Owner's/Lease Holder's Statements and Signatures   *Notary only required when submitting to obtain sign-off.* |

I hereby state the information on this form is correct and complete to the best of my knowledge.  I understand falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both.  I also understand it is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both.  I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print)
Brad Thurman

Signature

Date

Notarization
State of New York, County of: NoVECk
Sworn to or affirmed under penalty of perjury
07 day of April 20 16
Notary Public Signature

Notary Seal
JINA LEE
Notary Public - State of New York
NO. 01LE6307203
Qualified in New York County
My Commission Expires Jun 30, 2018

| Internal Use Only | | | | |
| --- | --- | --- | --- | --- |
| Work Area | PW3 Cost Details Validation | | Comments (May include cost guidance.) | Initials |
| Plan Examination: | ☐ Accept Original   ☐ Revised Cost Needed | | | |
| C of O: | ☐ Accept Original   ☐ Revised Cost Needed | | | |
| Plan Examination/C of O: | ☐ Accept Revised Submission (Resolved) | | | |

12/14

14296.01.00

**NYC Buildings**

## PW3: Cost Affidavit
*Must be typewritten.*

140433181

☑ Orient and affix BIS job number label here ☒

| 1 | Reason For Filing   *Required for all applications.* |
|---|---|

| Reason for filing cost affidavit: | Cost information provided must be based on: | 1A  Indicate existing document number affected by filing: 01 |
|---|---|---|
| ☐ Initial Filing  2-7 | Estimated cost of construction | |
| ☐ Prior to Approval Actions  1A, 2-7 | Estimated cost of construction | |
| ☐ Post Approval Amendment (PAA)  1A, 2-7 | Estimated cost of construction | |
| ☐ To obtain Sign-off  2-3, 5, 7 | Actual construction cost of completed work | |

| 2 | Location Information   *Required for all applications.* |
|---|---|

House No(s) 88          Street Name Fulton Street

Borough Manhattan          Block 77          Lot 24          BIN 1077403          C.B. No. 101

| 3 | Cost Details   *Required for all applications.* |
|---|---|

Cost estimates shall include total value of work proposed per § 28-112.3 of the NYC Administrative Code and shall be direct work costs based upon material, equipment and labor; work shall include all construction elements including, but not limited to, construction equipment, wall and floor finishes, built-in cabinets, and kitchen appliances. Indirect costs, including but not limited to general conditions, insurance, and an allowance for profit and overhead shall be added to direct work costs and shall be reflected in the unit costs shown. If in the opinion of the Department, the valuation is underestimated on the application, the permit shall be denied, unless the applicant can show detailed estimates to meet the approval of the Department. The initial, amended and final building permit valuation shall be set by the department. *"Yes" or "No" must be specified for each "Category of Work" listed below.*

**Categories of Work**  *(Must match all applicable categories indicated on PW1.)*

Yes  No
- ☐ ☐ Boiler (BL)
- ☐ ☐ Fire Alarm (FA)
- ☐ ☐ Fuel Burning (FB)
- ☐ ☐ Fuel Storage (FS)
- ☐ ☐ Fire Suppression (FP)
- ☐ ☐ Mechanical (MH)
- ☐ ☐ Plumbing (PL)

Yes  No
- ☐ ☐ Standpipe (SD)
- ☐ ☐ Sprinkler (SP)
- ☐ ☐ Signs (SG)
- ☐ ☐ Other (OT)
  - ☐ Antenna (OT/ANT)
  - ☐ Fire Protection Plan (OT/FPP)
  - ☐ Marquee (OT/MAR)
  - ☐ (Describe) _____

Yes  No
- ☐ ☐ General Construction (OT)
  - ☐ Partial Demolition
  - ☐ Non-Structural Demolition
  - ☐ Structural Work
  - ☐ Interior Renovation
  - ☐ Exterior Renovation
  - ☐ (Describe) Tie Backs

| Category of Work* | Description of Work | Area/Units | Unit Cost ($) | Total Cost ($) | Work Category Total Cost ($) |
|---|---|---|---|---|---|
| OT | Installation of Tie Backs as per plans filed herewith. | 47' LNF | 851.00 | 40,000.00 | 40,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL JOB COST: $ | 40,000.00 |

*List ALL Categories of Work specified "Yes" above. Use more than one line for Categories of Work that involve multiple unit costs. See PW3 Form Instructions for a sample of completed Section 3 Cost Details.*

12/14

PW3                                                                                     PAGE 2

### 4  Design Applicant Information

| | | |
|---|---|---|
| Last Name | First Name | Middle Initial |
| Business Name | Business Phone | Business Fax |
| Business Address | | Mobile Phone |
| City | State | Zip | E-Mail |
| License Number | Choose One: ☐ P.E.  ☐ R.A.  ☐ Sign Hanger  ☐ Other (specify) | |

### 5  Owner/Lease Holder Information

| | | |
|---|---|---|
| Last Name Thurman | First Name Brad | Middle Initial |
| Business Name Gold Street Properties LP | Business Phone 212-477-2700 | Business Fax |
| Business Address 49 West 32nd Street | | Mobile Phone |
| City New York | State NY | Zip 10001 | E-Mail Brad@Thurcon.com |

### 6  Design Applicant's Statements and Signatures

I hereby state the information on this form is correct and complete to the best of my knowledge.  I understand falsification of any statement is a misdemeanor and punishable by a fine, imprisonment, or both.  I also understand it is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both.  I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print)                                    Signature                    Date

P.E. / R.A. Seal (apply seal, then sign and date over seal)

### 7  Owner's/Lease Holder's Statements and Signatures

I hereby state the information on this form is correct and complete to the best of my knowledge.  I understand falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both.  I also understand it is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both.  I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print)
Brad Thurman

Signature

Date

Notarization
State of New York, County of New York
Sworn to or affirmed under penalty of perjury

07 day of April 20 16

Notary Public Signature

Notary Seal

JINA LEE
Notary Public - State of New York
NO. 01LE6307203
Qualified in New York County
My Commission Expires Jun 30, 2018

---

| //// Internal Use Only //// | | | | |
|---|---|---|---|---|
| Work Area | PW3 Cost Details Validation | | Comments (May include cost guidance.) | Initials |
| Plan Examination: | ☐ Accept Original  ☐ Revised Cost Needed | | | |
| C of O: | ☐ Accept Original  ☐ Revised Cost Needed | | | |
| Plan Examination/C of O: | ☐ Accept Revised Submission (Resolved) | | | |

12/14



**NYC Buildings**

## PW1: Plan / Work Application
*Must be typewritten.*

 Orient and affix BIS job number label here ☒

---

**1  Location Information**  *Required for all applications.*

House No(s) **88**     Street Name **FULTON STREET**

Borough **MANHATTAN**     Block **00077**   Lot **00024**   BIN **1077403**     C.B. No. **101**

Work on Floor(s) **CEL**     Apt. / Condo No(s)

---

**2  Applicant Information**  *Required for all applications. Fax, mobile telephone and e-mail address are optional information.*

Last Name **TUNG**     First Name **THOMAS**     Middle Initial **C**

Business Name **THOMAS C TUNG P.E.**     Business Telephone **(212) 966-7828**

Business Address **55C DELANCEY STREET**     Business Fax **(212) 966-5611**

City **NEW YORK**     State **NY**   Zip **10002**     Mobile Telephone

E-Mail **EFILINGLL@GMAIL.COM**     License Number **049458**

Choose one:  ☒ P.E.   ☐ R.A.     ☐ Sign Hanger     ☐ Other, please specify:

---

**3  Filing Representative**  *Complete only if different from applicant specified in section 2. Fax, mobile phone, and e-mail are optional info.*

Last Name **KAN, ZENG, NARVAEZ**     First Name **JOHN, IDA, VIC, HU**     Middle Initial

Business Name **J CHAN GROUP CORP**     Business Telephone **(212) 966-7828**

Business Address **55C DELANCEY STREET**     Business Fax **(212) 966-5611**

City **NEW YORK**     State **NY**   Zip **10002**     Mobile Telephone

E-Mail **EFILING08H@GMAIL.COM**     Registration Number

---

**4  Filing Status**  *Required for all applications. Choose one and provide specified associated information.*

☒ Initial Filing  *5, 7, 11, 12A, 25-26*
Review is requested under which Building Code?
☐ 2008   ☒ 1968   ☐ Prior to 1968
Choose ☐ Standard Plan Examination or Review
one: ☒ Professional Certification  *PC1, POC1*
☐ Professional Cert of Objections  *AI1*

☐ Prior to Approval Actions  *25-26*
☐ Amend Existing Filing  *4A*
☐ Subsequent Filing  *6-7, 8A (Alt-2 only), 11*
☐ Post Approval Amendment (PAA)  *4A, 6, 24-25*
  Will PAA affect filing fees?  ☐ Yes  ☐ No
☐ New (Superseding) Applicant  *4A, 25-26*

☐ Reinstatement  *24-26*
☐ Withdrawal  *26*
  ☐ Specified in 4A and 6
  ☐ Entire Job
4A  Indicate existing document number affected by filing:

---

**5  Job/Project Types**  *Choose one and provide specified associated information.*

☐ Alteration Type 1  *6A-E, 8B-C, 9-10, 13C-F, 14 &*
*18-20, 22, PW1A, PD1, select all that apply:*
☐ Change in Exits
☐ Change in Number of Stories
☐ Change in Number of Dwelling Units
☐ Change in Occupancy / Use
☐ Change inconsistent with current Cert. of Occup.

☐ Alteration Type 1, OT: "No Work"  *8C, 9-10 &*
*12, 13C-F, 14, 18-19, 22, PW1A, PD1*
☒ Alteration Type 2  *5A, 6A-D, 8A-B, 9-10, &*
*13C-E, 14, 20, 22*
☐ Alteration Type 3  *5A, 6B-F, 8C, 9-10, 13C-E, 22*
☐ New Building  *6A-E, 8F-G, 9A-C,9L, 10, 12, 13A-E*
*(13B: 2008 Code only), 14, 18-20, PW1A, PD1*

☐ Full Demolition  *6B, 8D, 9B-D, &*
*13D-E, 14, 21A, 22*
☐ Sign  *5A, 6B-D, 9B, 22-23*
☐ Subdivision  *9B, 12A-B*
  ☐ Condominium  ☐ Improved  *17*
5A Directive 14 acceptance requested?
☒ Yes     ☐ No

---

**6  Work Types**  *Select all that apply but no more than allowed by job and filing type. "OT" required on all NB and Alteration 1 initial applications.*

6A ☐ BL - Boiler  *PW1C*
☐ FA - Fire Alarm
☐ FB - Fuel Burning  *PW1C*
6B ☐ EQ - Construction
    Equipment  *15*

☐ FS - Fuel Storage  *PW1C*
☐ FP - Fire Suppression
☐ MH - Mechanical
6C ☒ OT/GC - General
    Construction

☒ PL - Plumbing  *PW1B*
☐ SD - Standpipe  *PW1B*
☐ SP - Sprinkler  *PW1B*
6D ☐ OT - Other, *describe:*

6E ☐ CC - Curb Cut  *16*
6F ☐ OT/ANT - Antenna
☐ OT/BPP - Builders Pavement Plan  *8D*
☐ OT/FPP - Fire Protection Plan
☐ OT/MAR - Marquee  *8E, 26B*

---

DOB *Reference Number:* **T00000918962-000028**
User Ref ID: **467713**

01/11

PW1                                                                                          PAGE 3

## 12 Zoning Characteristics

| 12A | District(s) C6-4 |
| Overlay(s) | |
| Special Dist.(s) LM | |
| Map Number 12B | |

12B Street legal width: _____ ft.
Street Status: ☐ Public ☐ Private
*If the zoning lot includes multiple tax lots, list all tax lots here ►*

**12C** *Proposed:* Use* | Zoning Floor Area | District | FAR

| | Zoning Floor Area | District | FAR |
|---|---|---|---|
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| | sq. ft. | | |
| **Proposed Totals** | sq. ft. | | |
| **Existing Total** | sq. ft. | | |

*Use can be one of the following: residential, commercial, manufacturing, or community facility.  List only one use per line.

*Proposed Lot Details:*
Lot Type: ☐ Corner ☐ Interior ☐ Through
Lot Coverage _____ %
Lot Area _____ sq. ft.
Lot Width _____ ft.
*Proposed Other Details:*
Enclosed Parking? ☐ Yes ☐ No
*If yes, no. of parking spaces:* _____
Perimeter Wall Height _____ ft.

*Proposed Yard Details:*
Check here if no yards: ☐ *or*
Front Yard _____ ft.
Rear Yard _____ ft.
Rear Yard Equivalent _____ ft.
Side Yard 1 _____ ft.
Side Yard 2 _____ ft.

## 13 Building Characteristics  *Main use/dominant occupancy per AC §28-101.5. **Use 2008 Code equivalents only. ‡Residential w/other use.

**13A** Primary structural system, *choose one:* ☐ Masonry ☐ Concrete (CIP) ☐ Concrete (Precast)
☐ Wood ☐ Steel (Structural) ☐ Steel (Cold-Formed) ☐ Steel (Encased in Concrete)

**13D** Building Type: ☐ 1, 2, or 3 Family ☒ Other
Mixed use building?‡ ☒ Yes ☐ No

| 13B | Existing | | Proposed | |
|---|---|---|---|---|
| Structural Occupancy Category | | 2008 Code Designations? | | 2008 Code Designations? |
| Seismic Design Category | | | | |
| **13C** Occupancy Classification* | COM | ☐ Yes ☒ No | | ☒ Yes** |
| Construction Classification | 3 | ☐ Yes ☒ No | | ☐ Yes ☐ No |
| Multiple Dwelling Classification | | | | |

| 13E | Existing | Proposed |
|---|---|---|
| Building Height | 74 ft. | ft. |
| Building Stories | 7 | |
| Dwelling Units | 74 | |

**13F** Building was originally erected pursuant to which Building Code: ☐ 2008 ☐ 1968 ☐ Prior to 1968
The earliest Code with which this building or any part of it is required to comply: ☐ 2008 ☐ 1968 ☐ Prior to 1968

## 14 Fill  Choose one.

☒ Not Applicable  ☐ On-Site  ☐ Off-Site  ☐ Under 300 cubic yards

## 15 Construction Equipment

☐ Chute      ☐ Sidewalk Shed
☐ Fence       Size: _____ linear ft.
☐ Supported Scaffold  ☐ Other: _____

Construction Material: _____
BSA/MEA Approval No. _____

## 16 Curb Cut Description

Size of cut (with splays): _____ ft.
Distance to nearest corner: _____ ft.
to street: _____

## 17 Tax Lot Characteristics

Original tax lots being merged or reapportioned (if applicable):

| | | | | | |
|---|---|---|---|---|---|

Tentative tax lot numbers (new tax lots only):

| | | | | | |
|---|---|---|---|---|---|

## 18 Fire Protection Equipment

| | Existing | | Proposed | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| Fire Alarm | ☐ | ☐ | ☐ | ☐ |
| Fire Suppression | ☐ | ☐ | ☐ | ☐ |
| Sprinkler | ☐ | ☐ | ☐ | ☐ |
| Standpipe | ☐ | ☐ | ☐ | ☐ |

## 19 Open Spaces

| | Existing | Proposed | | Existing | Proposed |
|---|---|---|---|---|---|
| Plaza Area | sq. ft. | sq. ft. | Arcade Area | sq. ft. | sq. ft. |
| Parking Area | sq. ft. | sq. ft. | Parking Spaces | | |
| Loading Berths | sq. ft. | sq. ft. | Loading Berths | | |

## 20 Site Characteristics

Yes  No
☐  ☒  Tidal / Fresh Water Wetlands
☐  ☒  Urban Renewal
☒  ☐  Fire District
☐  ☒  Flood Hazard Area



## PW1B: Schedule B
## Plumbing, Sprinkler, Standpipe
*Must be typewritten.*

Orient and affix BIS job number label here

Page ___1___ of ___2___

| 1 | Location Information *Required for all applications.* |
|---|---|

House No(s) 88    Street Name FULTON STREET

Borough MANHATTAN    Block 77    Lot 24    BIN 1077403    CB No. 101

Work on Floor(s) CEL

| 2 | Work Type Information *Required for all applications. Select all that apply.*    Filing components/fixtures? ☒ Yes ☐ No |
|---|---|

☒ Plumbing - PL                      ☐ Sprinkler - SP                      ☐ Standpipe - SD

Cost: $ 69000                        Cost: $                               Cost: $

Total sprinkler heads in 8B: 0       Total sprinkler heads in 8A:

To remove violation(s): 1)           To remove violation(s): 1)           To remove violation(s): 1)

2)                                   2)                                   2)

| 3 | Drainage Information |
|---|---|

Storm Drainage Discharges into: *select one.*          Sanitary Drainage Discharges into: *select one.*

☐ Storm Sewer   ☐ Combined Sewer   ☐ Private Disposal      ☐ Sanitary Sewer   ☐ Combined Sewer   ☐ Private Disposal

| 4 | Sewer Work *Select all that apply.* |
|---|---|

☐ SD-1, SD-2, SD-3                   ☐ Site Connection                    ☐ Septic Tank

| 5 | Cap / Remove / Replace / Relocate Components *If this section is completed, components are required.* |
|---|---|

☐ Cap or Remove    *Describe all:*          ☐ Replace or Relocate    *Describe all:*

| 6 | Gas and Gas Equipment Data |
|---|---|

Gas piping Involved?   ☐ Yes   ☒ No       *Describe gas fired equipment:*

Meters *total:*    Total    Location(s), *floor/apt. - list all that apply:*

Risers *total:*

Gas Usage:  ☐ Heat   ☐ Dryer    ☐ Water Heater   ☐ Tankless Coil
            ☐ HVAC   ☐ Cooking  ☐ Fire Place     ☐ Boiler Pilot for Oil Burner
            ☐ Other:

Name (please print)
THOMAS C TUNG

Signature                                                    Date

| 7 | Applicant's Statements and Signatures   *Required for all applications.* |
|---|---|

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both.

P.E. / R.A. Seal *(apply seal, then sign and date over seal)*

*DOB Reference Number:* T00000918962-000028
User Ref ID: 467713

7/08

**PW1**                                                                                     PAGE 5

## 26 | Property Owner's Statements and Signatures

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department. Furthermore, I understand that I am responsible for insuring that a final inspection be performed when the permitted work is complete, and that a satisfactory report of final inspection be submitted, along with all required submittal documents, so that the NYC Department of Buildings may issue a letter of completion or certificate of occupancy within the time prescribed by law.

I have authorized the applicant to file this application for the work specified herein and all future amendments. I will not knowingly authorize any work that is not in compliance with the New York City Energy Conservation Code (NYCECC).

Yes  No

☐ ☒ **Fee Deferred Request Statement**
I hereby request a fee deferral for the work proposed on this application and understand that all fees must be paid before issuance of any Certificate of Occupancy or job sign off.

☐ ☒ **Fee Exemption Request Statement**
In accordance with §28-112.1 of the NYC Administrative Code I hereby state that the proposed work involves a building or property owned or used exclusively for the purposes indicated in such section.

☐ ☒ **Owner's Certifications Regarding Occupied Housing**
The site of the building to be altered or demolished, or the site of the new building to be constructed, contains one or more occupied dwelling units that will remain occupied during construction. These occupied dwelling units have been clearly indentified on the submitted construction documents.

☐ ☒ The site of the building to be altered or demolished, or the site of the new building to be constructed, contains occupied housing accommodations subject to rent control or rent stabilization under Chapters 3 and 4 of Title 26 of the New York City Administrative Code. If yes, select one of the following:

☐ The owner is not required to notify the Division of Housing and Community Renewal (DHCR) of the owner's intention to file because the nature and scope of the work proposed, pursuant to DHCR regulations, does not require notification.

☐ The owner has notified the Division of Housing and Community Renewal (DHCR) of its intention to file such construction documents/apply for such permit and has complied with all requirements imposed by the regulations of such agency as preconditions for such [filing/application].
*Provide date DHCR notified:*

☐ ☒ **Owner's Certification for Adult Establishments**
I authorize and intend to create, enlarge, or extend an establishment with adult activity and/or adult material as defined in ZR §12-10 "adult establishment" or related sign at the subject premises.

☒ ☐ **Owner's Certification for Directive 14 Applications (if applicable)**
I have read and am fully aware of the applicant's statement that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy. Furthermore, I understand that I am responsible for retaining a qualified design professional to perform a final inspection when the permitted work is complete and this professional must submit a satisfactory final inspection report to the NYC Department of Buildings within the time following inspection prescribed by Department rule.

Owner type: ☐ Individual   ☐ DCAS   ☐ HHC   ☐ NYCHA
☒ Partnership   ☐ DOE   ☐ HPD   ☐ NYS
☐ Corporation  *26A*   ☐ Other Government
☐ Condo Unit Owner or Co-Op Tenant-shareholder *26A*

Is the owner a non-profit organization?   ☐ Yes   ☒ No

Name (please print): AMANDA   ORTIZ

Relationship to Owner: PROPERTY MANAGE

Business Name/Agency: GOLD ST. PROP, LP, C/O THURCON P

Street Address: 49 WEST 32 STREET, 2F

City: NEW YORK   State: NY   Zip: 10001

Telephone Number: (212) 477-2700   Fax:

E-Mail Address: AMANDA@THURCON.COM

Signature and Date ▶ _____   11·26·13

### 26A | Condo/Co-Op Board or Corporation Second Officer

Name (please print):

Title:

Street Address:

City:   State:   Zip:

Telephone Number:   Fax:

E-Mail Address:

Signature and Date* ▶

*Signature required for authorized representative of Condo or Co-Op board. Second officer signature not required for corporations.*

### 26B | Lessee Responsible for Annual Sign or Marquee Permit

Name (please print):

Relationship to Owner:

Business Name/Agency:

Street Address:

City:   State:   Zip:

Telephone Number:   Fax:

E-Mail Address:

### Internal Use Only

Pre-Filer Name:

Pre-Filer Signature:   Date:

Cost Estimate: $

Amount Due: $   Verified by ▼   Date ▼

Initial Amount Paid: $

Balance Due: $

Stamps, Certifications and Notes:

DOB Reference Number: T00000918962
User Ref ID: 467713

01/11

PW1

## 26 Property Owner's Statements and Signatures

Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department. Furthermore, I understand that I am responsible for insuring that a final inspection be performed when the permitted work is complete, and that a satisfactory report of final inspection be submitted, along with all required submittal documents, so that the NYC Department of Buildings may issue a letter of completion or certificate of occupancy within the time prescribed by law.

I have authorized the applicant to file this application for the work specified herein and all future amendments. I will not knowingly authorize any work that is not in compliance with the New York City Energy Conservation Code (NYCECC)

Yes  No

☐ ☒ **Fee Deferred Request Statement**
I hereby request a fee deferral for the work proposed on this application and understand that all fees must be paid before issuance of any Certificate of Occupancy or job sign off.

☐ ☒ **Fee Exemption Request Statement**
In accordance with §28-112.1 of the NYC Administrative Code I hereby state that the proposed work involves a building or property owned or used exclusively for the purposes indicated in such section.

☐ ☒ **Owner's Certifications Regarding Occupied Housing**
The site of the building to be altered or demolished, or the site of the new building to be constructed, contains one or more occupied dwelling units that will remain occupied during construction. These occupied dwelling units have been clearly indentified on the submitted construction documents.

☐ ☒ The site of the building to be altered or demolished, or the site of the new building to be constructed, contains occupied housing accommodations subject to rent control or rent stabilization under Chapters 3 and 4 of Title 26 of the New York City Administrative Code. *If yes, select one of the following:*

☐ The owner is not required to notify the Division of Housing and Community Renewal (DHCR) of the owner's intention to file because the nature and scope of the work proposed, pursuant to DHCR regulations, does not require notification.

☐ The owner has notified the Division of Housing and Community Renewal (DHCR) of its intention to file such construction documents/apply for such permit and has complied with all requirements imposed by the regulations of such agency as preconditions for such [filing/application].

*Provide date DHCR notified:*

☐ ☒ **Owner's Certification for Adult Establishments**
I authorize and intend to create, enlarge, or extend an establishment with adult activity and/or adult material as defined in ZR §12-10 "adult establishment" or related sign at the subject premises.

☒ ☐ **Owner's Certification for Directive 14 Applications (if applicable)**
I have read and am fully aware of the applicant's statement that the construction documents submitted and all construction documents related to this application will not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy. Furthermore, I understand that I am responsible for retaining a qualified design professional to perform a final inspection when the permitted work is complete and this professional must submit a satisfactory final inspection report to the NYC Department of Buildings within the time following inspection prescribed by Department rule.

Owner type:  ☐ Individual   ☐ DCAS   ☐ HHC   ☐ NYCHA
☒ Partnership   ☐ DOE   ☐ HPD   ☐ NYS
☐ Corporation  26A   ☐ Other Government
☐ Condo Unit Owner or Co-Op Tenant-shareholder 26A

Is the owner a non-profit organization?   ☐ Yes   ☒ No

Name (please print): AMANDA   ORTIZ

Relationship to Owner: PROPERTY MANAGE

Business Name/Agency: GOLD ST. PROP, LP, C/O THURCON P

Street Address: 49 WEST 32 STREET, 2F

City: NEW YORK   State: NY   Zip: 10001

Telephone Number: (212) 477-2700   Fax:

E-Mail Address: AMANDA@THURCON.COM

Signature and Date ▶ [signature]   11/26/13

### 26A Condo/Co-Op Board or Corporation Second Officer

Name (please print):

Title:

Street Address:

City:   State:   Zip:

Telephone Number:   Fax:

E-Mail Address:

Signature and Date* ▶

*Signature required for authorized representative of Condo or Co-Op board. Second officer signature not required for corporations.

### 26B Lessee Responsible for Annual Sign or Marquee Permit

Name (please print):

Relationship to Owner:

Business Name/Agency:

Street Address:

City:   State:   Zip:

Telephone Number:   Fax:

E-Mail Address:

| Internal Use Only | |
|---|---|
| Pre-Filer Name: | |
| Pre-Filer Signature: | Date: |
| Cost Estimate: $ | |
| Amount Due: $ | Verified by ▼   Date ▼ |
| Initial Amount Paid: $ | |
| Balance Due: $ | |
| Stamps, Certifications and Notes: | |

DOB Reference Number: T00000918962
User Ref ID: 467713

01/11


**Buildings**

**TR1: Technical Report**
**Statement of Responsibility**
*This form must be typewritten*

Orient and affix BIS
job number label here ☒

---

## 1 Location Information  *Required for all applications.*

House No(s) 88    Street Name FULTON STREET

Work on Floor(s) CEL

---

## 2 Applicant Information  *Required for all applications.*

*Choose all that apply:* ☒ Design Applicant 3A, 4A, 5  ☒ Special Inspections Applicant 3B-D, 6-8  ☒ Progress Inspections Applicant 4B-D, 6-8

Last Name TUNG    First Name THOMAS    Middle Initial C

Business Name THOMAS C TUNG, P.E.    Business Telephone (917) 922-3570

Business Address 43-31 195TH STREET    Business Fax

City FLUSHING    State NY    Zip 11358    Mobile Telephone

License Type   *choose one:* ☒ P.E.  ☐ R.A.  ☐ Other:    License Number 049458

Special Inspection
Agency Number

---

## 3 Special Inspection Items  *Required for all applications, continued on page 2;* ▮ *indicates report required.*

**3A** ← Identification of Requirement

| Y | N | Special Inspections | | Code/Section | 3B Identification of Responsibilities<br>Initial & Date | 3C Certificate of Complete Inspections / Tests<br>Initial & Date | 3D Withdraw Responsibilities<br>Initial & Date |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Flood Zone Compliance | | BC G105 | | | |
| ☐ | ☒ | Fire Alarm Test | | BC 907, BC 1704.13 | | | |
| ☐ | ☒ | Photoluminescent Exit Path Markings | ▮ TR7 | BC 1026.11 | | | |
| ☐ | ☒ | Emergency Power Systems (Generators) | | BC 1704.13, BC 2702 | | | |
| ☐ | ☒ | Structural Steel - Welding | | BC 1704.3.1 | | | |
| ☐ | ☒ | Structural Steel - Erection & Bolting | | BC 1704.3.2, BC 1704.3.3 | | | |
| ☐ | ☒ | Structural Cold-Formed Steel | | BC 1704.3.4 | | | |
| ☐ | ☒ | Concrete - Cast-In-Place | | BC 1704.4 | | | |
| ☐ | ☒ | Concrete - Precast | | BC 1704.4 | | | |
| ☐ | ☒ | Concrete - Prestressed | | BC 1704.4 | | | |
| ☐ | ☒ | Masonry | | BC 1704.5 | | | |
| ☐ | ☒ | Wood - Off-Site fabrication of Structural Elements | | BC 1704.6 | | | |
| ☐ | ☒ | Wood - Installation of High-Load Diaphragms | | BC 1704.6.1 | | | |
| ☐ | ☒ | Wood - Installation of Metal-Plate-Connected Trusses | | BC 1704.6.3 | | | |
| ☐ | ☒ | Wood - Installation of Prefabricated I-Joists | | BC 1704.6.4 | | | |
| ☐ | ☒ | Soils - Site Preparation | | BC 1704.7.1 | | | |
| ☐ | ☒ | Soils - Fill placement & In-Place Density | | BC 1704 .7.2, BC 1704.7.3 | | | |
| ☐ | ☒ | Soils - Investigations (Borings/Test Pits) | ▮ TR4 | BC 1704.7.4 | | | |
| ☐ | ☒ | Pile Foundations & Drilled Pier Installation | ▮ TR5 | BC 1704.8 | | | |
| ☐ | ☒ | Pier Foundations | | BC 1704.9 | | | |
| ☐ | ☒ | Underpinning | | BC 1704.9.1 | | | |
| ☐ | ☒ | Wall Panels, Curtain Walls, and Veneers | ▮ | BC 1704.10 | | | |
| ☐ | ☒ | Sprayed Fire-Resistant Materials | | BC 1704.11 | | | |
| ☐ | ☒ | Exterior Insulation Finish Systems (EIFS) | | BC 1704.12 | | | |
| ☐ | ☒ | Alternative Materials - OTCR Buildings Bulletin # | | BC 1704.13 | | | |
| ☐ | ☒ | Smoke Control Systems | | BC 1704.14 | | | |
| ☐ | ☒ | Mechanical Systems | | BC 1704.15 | | | |
| ☐ | ☒ | Fuel-Oil Storage and Fuel-Oil Piping Systems | | BC 1704.16 | | | |
| ☐ | ☒ | High-Pressure Steam Piping (Welding) | | BC 1704.17 | | | |
| ☐ | ☒ | Fuel-Gas Piping (Welding) | | BC 1704.18 | | | |
| ☐ | ☒ | Structural Safety - Structural Stability | | BC 1704.19 | | | |
| ☐ | ☒ | Mechanical Demolition | | BC 1704.19, BC 3306.6 | | | |

01/11

TR1                                    PAGE 2

## 3 Special Inspection Items (continued) *Required for all applications;* ■ *indicates report required.*

**3A** ← Identification of Requirement

| Y | N | Special Inspections | | Code/Section | 3B Identification of Responsibilities — Initial & Date | 3C Certificate of Complete Inspections / Tests — Initial & Date | 3D Withdraw Responsibilities — Initial & Date |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Excavation - Sheeting, Shoring, and Bracing | | BC 1704.19, BC 3304.4.1 | | | |
| ☐ | ☒ | Soil Percolation Test - Drywell | ■ | BC 1704.20.1 | | | |
| ☐ | ☒ | Soil Percolation Test - Septic | ■ | BC 1704.20.1 | | | |
| ☐ | ☒ | Site Storm Drainage Disposal and Detention System Installation | | BC 1704.20 | | | |
| ☐ | ☒ | Septic System Installation | | BC 1704.20 | | | |
| ☐ | ☒ | Sprinkler Systems | | BC 1704.21 | | | |
| ☐ | ☒ | Standpipe Systems | | BC 1704.22 | | | |
| ☐ | ☒ | Heating Systems | | BC 1704.23 | | | |
| ☐ | ☒ | Chimneys | | BC 1704.24 | | | |
| ☒ | ☐ | Firestop, Draftstop, and Fireblock systems | | BC 1704.25 | | | |
| ☐ | ☒ | Aluminum Welding | | BC 1704.26 | | | |
| ☐ | ☒ | Seismic Isolation Systems | | BC 1707.8 | | | |
| ☐ | ☒ | Concrete Test Cylinders | ■ TR2 | BC 1905.6 | *Submit TR2 to complete these items* | | |
| ☐ | ☒ | Concrete Design Mix | ■ TR3 | BC 1905.3 | *Submit TR3 to complete these items* | | |

## 4 Progress Inspection Items *Required for all applications.* ■ *indicates report required.*

**4A** ← Identification of Requirement

| Y | N | Progress Inspections | | Code/Section | 4B Identification of Responsibilities — Initial & Date | 4C Certificate of Complete Inspections / Tests — Initial & Date | 4D Withdraw Responsibilities — Initial & Date |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Preliminary | | 28-116.2.1, BC 109.2 | | | |
| ☐ | ☒ | Footing and Foundation | | BC 109.3.1 | | | |
| ☐ | ☒ | Lowest Floor Elevation (attach FEMA form) | | BC 109.3.2 | | | |
| ☐ | ☒ | Frame Inspection | | BC 109.3.3 | | | |
| ☒ | ☐ | Energy Code Compliance Inspections | ■ TR8 | BC 109.3.5 | *Submit TR8 to complete this item* | | |
| ☐ | ☒ | Fire-Resistance Rated Construction | | BC 109.3.4 | | | |
| ☐ | ☒ | Public Assembly Emergency Lighting | | 28-116.2.2 | | | |
| ☒ | ☐ | Final* | | 28-116.2.4.2, BC 109.5, Directive 14 of 1975, and 1 RCNY §101-10 | | | |

*\* For column 4C, indicate date when the actual final inspection was performed*

## 5 Design Applicant's Statements and Signatures *P.E./R.A. responsible for plans, choose both below and sign/seal.*

☒ I have identified all of the special inspections, progress inspections and tests required for compliance.

☐ I certify that the Special Inspection and Approved Agencies engaged by the owner to supervise the work specified above are acceptable. (BC 1704.1)

Name (please print)

THOMAS C. TUNG

Signature                                Date

P.E. / R.A. Seal *(apply seal, then sign and date over seal)*

## 6 Owner's Statement and Signature for Progress/Special Inspector *Required when inspection applicant identifies responsibilities.*

I have reviewed the information provided herein and, to the best of my knowledge and belief, attest to its accuracy. I approve the identification of the responsible progress inspector. Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by a fine or imprisonment, or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print) AMANDA ORTIZ           Title PROPERTY MANAGER

Signature                     Date   11/26/13

01/11

TR1                                                                                                          PAGE 2

### 3 | Special Inspection Items (continued) *Required for all applications;* ∎ *indicates report required.*

3A  ← Identification of Requirement

| Y | N | Special Inspections | | Code/Section | 3B Identification of Responsibilities Initial & Date | 3C Certificate of Complete Inspections / Tests Initial & Date | 3D Withdraw Responsibilities Initial & Date |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Excavation - Sheeting, Shoring, and Bracing | | BC 1704.19, BC 3304.4.1 | | | |
| ☐ | ☒ | Soil Percolation Test - Drywell | ∎ | BC 1704.20.1 | | | |
| ☐ | ☒ | Soil Percolation Test - Septic | ∎ | BC 1704.20.1 | | | |
| ☐ | ☒ | Site Storm Drainage Disposal and Detention System Installation | | BC 1704.20 | | | |
| ☐ | ☒ | Septic System Installation | | BC 1704.20 | | | |
| ☐ | ☒ | Sprinkler Systems | | BC 1704.21 | | | |
| ☐ | ☒ | Standpipe Systems | | BC 1704.22 | | | |
| ☐ | ☒ | Heating Systems | | BC 1704.23 | | | |
| ☐ | ☒ | Chimneys | | BC 1704.24 | | | |
| ☒ | ☐ | Firestop, Draftstop, and Fireblock systems | | BC 1704.25 | | | |
| ☐ | ☒ | Aluminum Welding | | BC 1704.26 | | | |
| ☐ | ☒ | Seismic Isolation Systems | | BC 1707.8 | | | |
| ☐ | ☒ | Concrete Test Cylinders | ∎ TR2 | BC 1905.6 | Submit TR2 to complete these items | | |
| ☐ | ☒ | Concrete Design Mix | ∎ TR3 | BC 1905.3 | Submit TR3 to complete these items | | |

### 4 | Progress Inspection Items *Required for all applications.* ∎ *indicates report required.*

4A  ← Identification of Requirement

| Y | N | Progress Inspections | | Code/Section | 4B Identification of Responsibilities Initial & Date | 4C Certificate of Complete Inspections / Tests Initial & Date | 4D Withdraw Responsibilities Initial & Date |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Preliminary | | 28-116.2.1, BC 109.2 | | | |
| ☐ | ☒ | Footing and Foundation | | BC 109.3.1 | | | |
| ☐ | ☒ | Lowest Floor Elevation (attach FEMA form) | | BC 109.3.2 | | | |
| ☐ | ☒ | Frame Inspection | | BC 109.3.3 | | | |
| ☒ | ☐ | Energy Code Compliance Inspections | ∎ TR8 | BC 109.3.5 | Submit TR8 to complete this item | | |
| ☐ | ☒ | Fire-Resistance Rated Construction | | BC 109.3.4 | | | |
| ☐ | ☒ | Public Assembly Emergency Lighting | | 28-116.2.2 | | | |
| ☒ | ☐ | Final* | | 28-116.2.4.2, BC 109.5, Directive 14 of 1975, and 1 RCNY §101-10 | | | |

*For column 4C, indicate date when the actual final inspection was performed*

### 5 | Design Applicant's Statements and Signatures *P.E./R.A. responsible for plans, choose both below and sign/seal.*

☒ I have identified all of the special inspections, progress inspections and tests required for compliance.

☐ I certify that the Special Inspection and Approved Agencies engaged by the owner to supervise the work specified above are acceptable. (BC 1704.1)

Name (please print)

THOMAS C. TUNG

Signature _____ Date _____

P.E. / R.A. Seal *(apply seal, then sign and date over seal)*

### 6 | Owner's Statement and Signature for Progress/Special Inspector *Required when inspection applicant identifies responsibilities.*

I have reviewed the information provided herein and, to the best of my knowledge and belief, attest to its accuracy.  I approve the identification of the responsible progress inspector. Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by a fine or imprisonment, or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print) AMANDA ORTIZ,               Title PROPERTY MANAGER

Signature _____        Date  11-26-13

01/11

TR1

PAGE 2

## 3 Special Inspection Items (continued) *Required for all applications;* ■ *indicates report required.*

**3A** ← Identification of Requirement

| Y | N | Special Inspections | | Code/Section | 3B Identification of Responsibilities — Initial & Date | 3C Certificate of Complete Inspections / Tests — Initial & Date | 3D Withdraw Responsibilities — Initial & Date |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Excavation - Sheeting, Shoring, and Bracing | | BC 1704.19, BC 3304.4.1 | | | |
| ☐ | ☒ | Soil Percolation Test - Drywell | ■ | BC 1704.20.1 | | | |
| ☐ | ☒ | Soil Percolation Test - Septic | ■ | BC 1704.20.1 | | | |
| ☐ | ☒ | Site Storm Drainage Disposal and Detention System Installation | | BC 1704.20 | | | |
| ☐ | ☒ | Septic System Installation | | BC 1704.20 | | | |
| ☐ | ☒ | Sprinkler Systems | | BC 1704.21 | | | |
| ☐ | ☒ | Standpipe Systems | | BC 1704.22 | | | |
| ☐ | ☒ | Heating Systems | | BC 1704.23 | | | |
| ☐ | ☒ | Chimneys | | BC 1704.24 | | | |
| ☒ | ☐ | Firestop, Draftstop, and Fireblock systems | | BC 1704.26 | | | |
| ☐ | ☒ | Aluminum Welding | | BC 1707.8 | | | |
| ☒ | ☐ | Seismic Isolation Systems | TR2 | BC 1905.6 | Submit TR2 to complete these items | | |
| ☐ | ☒ | Concrete Test Cylinders | ■ TR3 | BC 1905.3 | Submit TR3 to complete these items | | |
| ☐ | ☒ | Concrete Design Mix | TR3 | BC 1905.3 | | | |

## 4 Progress Inspection Items *Required for all applications.* ■ *indicates report required.*

**4A** ← Identification of Requirement

| Y | N | Progress Inspections | | Code/Section | 4B Identification of Responsibilities — Initial & Date | 4C Certificate of Complete Inspections / Tests — Initial & Date | 4D Withdraw Responsibilities — Initial & Date |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | Preliminary | | 28-116.2.1, BC 109.2 | | | |
| ☐ | ☒ | Footing and Foundation | | BC 109.3.1 | | | |
| ☐ | ☒ | Lowest Floor Elevation (attach FEMA form) | | BC 109.3.2 | | | |
| ☐ | ☒ | Frame Inspection | | BC 109.3.3 | | | |
| ☒ | ☐ | Energy Code Compliance Inspections | ■ TR8 | BC 109.3.5 | Submit TR8 to complete this item | | |
| ☐ | ☒ | Fire-Resistance Rated Construction | | BC 109.3.4 | | | |
| ☐ | ☒ | Public Assembly Emergency Lighting | | 28-116.2.2 | | | |
| ☒ | ☐ | Final* | | 28-116.2.4.2, BC 109.5, Directive 14 of 1975, and 1 RCNY §101-10 | | | |

* For column 4C, indicate date when the actual final inspection was performed

## 5 Design Applicant's Statements and Signatures *P.E./R.A. responsible for plans, choose both below and sign/seal.*

☒ I have identified all of the special inspections, progress inspections and tests required for compliance.

☐ I certify that the Special Inspection and Approved Agencies engaged by the owner to supervise the work specified above are acceptable. (BC 1704.1)

Name (please print)

THOMAS C. TUNG

Signature _____ Date _____

P.E. / R.A. Seal *(apply seal, then sign and date over seal)*

## 6 Owner's Statement and Signature for Progress/Special Inspector *Required when inspection applicant identifies responsibilities.*

I have reviewed the information provided herein and, to the best of my knowledge and belief, attest to its accuracy. I approve the identification of the responsible progress inspector. Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by a fine or imprisonment, or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print) AMANDA ORTIZ                Title PROPERTY MANAGER

Signature *Andice S.*                Date 11-26-13

01/11

TR1                                                                                    PAGE 2

| 3 | Special Inspection Items (continued) *Required for all applications;* ▮ *indicates report required.* | | 3B Identification of Responsibilities | 3C Certificate of Complete Inspections / Tests | 3D Withdraw Responsibilities |
|---|---|---|---|---|---|
| 3A | ← Identification of Requirement | | Initial & Date | Initial & Date | Initial & Date |
| **Y  N** | **Special Inspections** | **Code/Section** | | | |
| ☐ ☒ | Excavation - Sheeting, Shoring, and Bracing | BC 1704.19, BC 3304.4.1 | | | |
| ☐ ☒ | Soil Percolation Test - Drywell ▮ | BC 1704.20.1 | | | |
| ☐ ☒ | Soil Percolation Test - Septic ▮ | BC 1704.20.1 | | | |
| ☐ ☒ | Site Storm Drainage Disposal and Detention System Installation | BC 1704.20 | | | |
| ☐ ☒ | Septic System Installation | BC 1704.20 | | | |
| ☐ ☒ | Sprinkler Systems | BC 1704.21 | | | |
| ☐ ☒ | Standpipe Systems | BC 1704.22 | | | |
| ☐ ☒ | Heating Systems | BC 1704.23 | | | |
| ☐ ☒ | Chimneys | BC 1704.24 | | | |
| ☒ ☐ | Firestop, Draftstop, and Fireblock systems | BC 1704.25 | | | |
| ☐ ☒ | Aluminum Welding | BC 1704.26 | | | |
| ☐ ☒ | Seismic Isolation Systems | BC 1707.8 | | | |
| ☐ ☒ | Concrete Test Cylinders ▮ TR2 | BC 1905.6 | *Submit TR2 to complete these items* | | |
| ☐ ☒ | Concrete Design Mix ▮ TR3 | BC 1905.3 | *Submit TR3 to complete these items* | | |

| 4 | Progress Inspection Items *Required for all applications.* ▮ *indicates report required.* | | 4B Identification of Responsibilities | 4C Certificate of Complete Inspections / Tests | 4D Withdraw Responsibilities |
|---|---|---|---|---|---|
| 4A | ← Identification of Requirement | | Initial & Date | Initial & Date | Initial & Date |
| **Y  N** | **Progress Inspections** | **Code/Section** | | | |
| ☐ ☒ | Preliminary | 28-116.2.1, BC 109.2 | | | |
| ☐ ☒ | Footing and Foundation | BC 109.3.1 | | | |
| ☐ ☒ | Lowest Floor Elevation (attach FEMA form) | BC 109.3.2 | | | |
| ☐ ☒ | Frame Inspection | BC 109.3.3 | | | |
| ☒ ☐ | Energy Code Compliance Inspections ▮ TR8 | BC 109.3.5 | *Submit TR8 to complete this item* | | |
| ☐ ☒ | Fire-Resistance Rated Construction | BC 109.3.4 | | | |
| ☐ ☒ | Public Assembly Emergency Lighting | 28-116.2.2 | | | |
| ☒ ☐ | Final* | 28-116.2.4.2, BC 109.5, Directive 14 of 1975, and 1 RCNY §101-10 | | | |

* For column 4C, indicate date when the actual final inspection was performed

| 5 | Design Applicant's Statements and Signatures *P.E./R.A. responsible for plans, choose both below and sign/seal.* |
|---|---|

☒ I have identified all of the special inspections, progress inspections and tests required for compliance.

☐ I certify that the Special Inspection and Approved Agencies engaged by the owner to supervise the work specified above are acceptable. (BC 1704.1)

Name (please print)

THOMAS C. TUNG

Signature _____   Date _____

P.E. / R.A. Seal *(apply seal, then sign and date over seal)*

| 6 | Owner's Statement and Signature for Progress/Special Inspector *Required when inspection applicant identifies responsibilities.* |
|---|---|

I have reviewed the information provided herein and, to the best of my knowledge and belief, attest to its accuracy. I approve the identification of the responsible progress inspector. Falsification of any statement is a misdemeanor and is punishable by a fine or imprisonment, or both. It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by a fine or imprisonment, or both. I understand that if I am found after hearing to have knowingly or negligently made a false statement or to have knowingly or negligently falsified or allowed to be falsified any certificate, form, signed statement, application, report or certification of the correction of a violation required under the provisions of this code or of a rule of any agency, I may be barred from filing further applications or documents with the Department.

Name (print) AMANDA ORTIZ                    Title PROPERTY MANAGER

Signature _____   Date  11-26-13

01/11



| | Job Number |
|---|---|
| | (Affix Label) |

## Professional and Owner Certification

### Please file three (3) originals

---

**1. Professional's Certification**

"I hereby state that I have exercised a professional standard of care in certifying that the filed application is complete and in accordance with applicable laws, including the rules of the Department of Buildings, as of this date. I am aware the Commissioner will rely upon the truth and accuracy of this statement. I have notified the owner that this application has been professionally certified. If an audit or other exam discloses non-compliance, I agree to notify the owner of the remedial measures that must be taken to meet legal requirements. I further realize that any misrepresentation or falsification of facts made knowingly or negligently by me, my agents or employees, or by others with my knowledge, will render me liable for legal and disciplinary action by the Department of Buildings and other appropriate authorities, including termination of participation in the professional certification procedures at the Department of Buildings."

Professional's Seal

049458
_____
Professional's License No.                    _____
                                              Professional's Signature & Date

---

**2. Owner's Statement**

"I have read and am fully aware of the applicant's above statement that this job will be professionally certified, and agree to bring into compliance any construction which is found not to comply with all applicable laws and regulations."

                                              _____ 11-26-13
                                              Owner's Signature & Date

---

**3. Applicant's Contact Information**

| | Fax Numbers | Email Addresses |
|---|---|---|
| Applicant | _____ | efilingLL@gmail.com |
| Owner | _____ | AMANDA@THURCON.COM |
| Filing Representative | _____ | jchangroup@gmail.com |

POC-1, dated 1/16/04



| Job Number |
|---|
| (Affix Label) |

## Professional and Owner Certification

### Please file three (3) originals

### 1. Professional's Certification

"I hereby state that I have exercised a professional standard of care in certifying that the filed application is complete and in accordance with applicable laws, including the rules of the Department of Buildings, as of this date. I am aware the Commissioner will rely upon the truth and accuracy of this statement. I have notified the owner that this application has been professionally certified. If an audit or other exam discloses non-compliance, I agree to notify the owner of the remedial measures that must be taken to meet legal requirements. I further realize that any misrepresentation or falsification of facts made knowingly or negligently by me, my agents or employees, or by others with my knowledge, will render me liable for legal and disciplinary action by the Department of Buildings and other appropriate authorities, including termination of participation in the professional certification procedures at the Department of Buildings."

Professional's Seal

049458
_____            _____
Professional's License No.          Professional's Signature & Date

### 2. Owner's Statement

"I have read and am fully aware of the applicant's above statement that this job will be professionally certified, and agree to bring into compliance any construction which is found not to comply with all applicable laws and regulations."

11-26-13
_____
Owner's Signature & Date

### 3. Applicant's Contact Information

|  | Fax Numbers | Email Addresses |
|---|---|---|
| Applicant |  | efilingLL@gmail.com |
| Owner |  | AMANDA@THURCON.COM |
| Filing Representative |  | jchangroup@gmail.com |

POC-1, dated 1/16/04



**The New York City Landmarks Preservation Commission**
1 Centre Street, 9th Floor North New York NY 10007 (212) 669-7700 Fax (212) 669-7960
http://nyc.gov/landmarks



Rev. 04/10

# APPLICATION FORM

## FOR WORK ON DESIGNATED PROPERTIES

This application will not be deemed complete until it is so certified by the Landmarks Preservation Commission. An application consists of an application form and the materials necessary to describe the project fully. If being submitted in response to a Warning Letter or Notice of Violation, please enter the number below. Please print or type all items. If not applicable, mark N.A.

| Staff Use Only | | | |
|---|---|---|---|
| LPC Docket # | | Date Received | Staff |
| ☐ PMW   ☐ CNE   ☐ COFA   ☐ REPORT   ☐ | | | |
| Action | | OTHER | Work Type |

**Designated Property:**
<u>88 Fulton Street</u>      <u>Cellar Mezz.</u>
Address             Floor or Apartment #
<u>Brooklyn</u>     <u>77</u>     <u>24</u>     <u>C6-4</u>
Borough     Block     Lot     Zoning

**Warning Letter/NOV #** (if applicable): <u>N/A</u>

**Description of Work** (check all that apply):

☑ Interior Alterations
☐ Restoration Work
☐ Replace Window(s) or Door(s)
☐ Thru-wall, Thru-window Air Conditioning Equipment
☐ Rooftop or Rear Yard HVAC

☐ Rooftop or Rear Yard Addition: Visible? ☐Yes ☐No
☐ Awnings/ Signage/ Lighting
☐ New Building
☐ Storefronts
☐ New Window or Door Opening(s)

☐ Sidewalk or Street Paving
☐ Barrier-Free Access
☐ Sidewalk Café
☐ Temporary Installations
☐ Other:

**Are you applying to any of the following?** ☑ Buildings Department    ☐ City Planning Commission    ☐ Board of Standards & Appeals

**Tenant/ Lessee/ Co-Op Shareholder:**

Name, Title and Firm (if applicable)

Address              City, State, Zip Code

Phone (Day)     Fax     E-mail address

**Architect/Engineer/ Contractor** (if applicable):
Thomas C Tung, P.E.  Thomas C Tung P.E.
Name, Title and Firm (if applicable)
<u>55C Delancey Street</u>       New York, NY 10002
Address              City, State, Zip Code
<u>(212) 966-7828</u>     <u>(212) 966-5611</u>     efilingLL@gmail.com
Phone (Day)     Fax     E-mail address

**Person Filing Application** (e.g., Expeditor, Attorney, Managing Agent, etc.):
John Kan, Hui Zeng, Expeditor, J Chan Group Corp
Name, Title and Firm (if applicable)
<u>55C Delancey Street.</u>       New York, NY 10002
Address              City, State, Zip Code
<u>(212) 966-7828</u>     <u>(212) 966-5611</u>     rapc1848@gmail.com
Phone (Day)     Fax     E-mail address

*I am the owner of the above-listed property. I am familiar with the work proposed to be carried out on my property and give my permission for this application to be filed. The information entered is correct and complete, to the best of my knowledge.*

**Owner:**
For applications for work on or in a cooperative or condominium building, the "owner" is the Co-op Board or Condominium Association. An officer of the Co-op Board or Condominium Association must sign this application. Please consult the Instructions for Filing for additional information.

Amanda Ortiz, Property Manager      212-477-2700
Owner's Name and Title (please type or print)     Phone (Day)
<u>Gold St. prop. LP. C/O Thurcon Properties Ltd.</u>    amanda@thurcon.com
Company, Corporation, Organization (if applicable)    E-mail address
<u>49 West 32nd Street, 2/F</u>      New York, NY 10001
Address              City, State, Zip Code

**Signature:** *Amanda O.*      <u>11-26-13</u>
Signature of Owner             Date

Note: Section 25-317 of the Administrative Code of the City of New York makes it a punishable offense to willfully make false statements on this application.



**The New York City Landmarks Preservation Commission**
1 Centre Street, 9th Floor North New York NY 10007 (212) 669-7700 Fax (212) 669-7960
http://nyc.gov/landmarks

Rev 04/10



# APPLICATION FORM

## FOR WORK ON DESIGNATED PROPERTIES

This application will not be deemed complete until it is so certified by the Landmarks Preservation Commission. An application consists of an application form and the materials necessary to describe the project fully. If being submitted in response to a **Warning Letter** or **Notice of Violation**, please enter the number below. Please print or type all items. If not applicable, mark N.A.

| Staff Use Only | | | | |
|---|---|---|---|---|
| LPC Docket # | | Date Received | | Staff |
| ☐ PMW  ☐ CNE | ☐ COFA | ☐ REPORT  ☐ | | |
| Action | | OTHER | | Work Type |

| Designated Property: | 88 Fulton Street | | | Cellar Mezz. |
|---|---|---|---|---|
| | Address | | | Floor or Apartment # |
| | Brooklyn | 77 | 24 | C6-4 |
| | Borough | Block | Lot | Zoning |

**Warning Letter/NOV #** (if applicable): N/A

**Description of Work** (check all that apply):

☑ Interior Alterations
☐ Restoration Work
☐ Replace Window(s) or Door(s)
☐ Thru-wall, Thru-window Air Conditioning Equipment
☐ Rooftop or Rear Yard HVAC

☐ Rooftop or Rear Yard Addition:  Visible? ☐ Yes ☐ No
☐ Awnings/ Signage/ Lighting
☐ New Building
☐ Storefronts
☐ New Window or Door Opening(s)

☐ Sidewalk or Street Paving
☐ Barrier-Free Access
☐ Sidewalk Café
☐ Temporary Installations
☐ Other:

**Are you applying to any of the following?**  ☑ Buildings Department  ☐ City Planning Commission  ☐ Board of Standards & Appeals

| Tenant/ Lessee/ Co-Op Shareholder: | Name, Title and Firm (if applicable) | |
|---|---|---|
| | Address | City, State, Zip Code |
| | Phone (Day)                     Fax | E-mail address |

| Architect/Engineer/ Contractor (if applicable): | Thomas C Tung, P.E.  Thomas C Tung P.E. | |
|---|---|---|
| | Name, Title and Firm (if applicable) | |
| | 55C Delancey Street | New York, NY 10002 |
| | Address | City, State, Zip Code |
| | (212) 966-7828                   (212) 966-5611 | efilingLL@gmail.com |
| | Phone (Day)                     Fax | E-mail address |

| Person Filing Application (e.g., Expeditor, Attorney, Managing Agent, etc.): | John Kan, Hui Zeng, Expeditor, J Chan Group Corp | |
|---|---|---|
| | Name, Title and Firm (if applicable) | |
| | 55C Delancey Street. | New York, NY 10002 |
| | Address | City, State, Zip Code |
| | (212) 966-7828                   (212) 966-5611 | rapc1848@gmail.com |
| | Phone (Day)                     Fax | E-mail address |

*I am the owner of the above-listed property. I am familiar with the work proposed to be carried out on my property and give my permission for this application to be filed. The information entered is correct and complete, to the best of my knowledge.*

**Owner:**

For applications for work on or in a cooperative or condominium building, the "owner" is the Co-op Board or Condominium Association. An officer of the Co-op Board or Condominium Association must sign this application. Please consult the Instructions for Filing for additional information.

| Amanda Ortiz, Property Manager | 212-477-2700 |
|---|---|
| Owner's Name and Title (please type or print) | Phone (Day) |
| Gold St. prop. L.P. C/O Thurcon Properties Ltd. | amanda@thurcon.com |
| Company, Corporation, Organization (if applicable) | E-mail address |
| 49 West 32nd Street, 2/F | New York, NY 10001 |
| Address | City, State, Zip Code |

**Signature:** _(signature)_     11-26-/3

Signature of Owner                                      Date

Note: Section 25-317 of the Administrative Code of the City of New York makes it a punishable offense to willfully make false statements on this application.

AFRICA Nails.

# nyc Buildings™

# Work Permit Department of Buildings



**Permit Number:** 121003056-01-PL

**Issued:** 01/08/2014          **Expires:** 01/08/2015

**Address:** MANHATTAN        88 FULTON STREET

**Issued to:** WILLIAM F HARVEY

**Business:** ORION PLUMBING & HTG CORP

**License No:** MP-1350

**Description of Work:**
*PLUMBING – ALTERATION TYPE 2 RENOVATION OF EXISTING COMMERCIAL; INSTALL INTERIOR PARTITION, FLOORING, DROP CEILING AND PLUMBING FIXTURES, REPLACE STOREFRONT WITH EXISTING OPENING. NO CHANGE IN USE, EGRESS OR OCCUPANCY.*

*Review is requested under Building Code: 1968*

**SITE FILL: NOT APPLICABLE**

To see a Zoning Diagram (ZD1) or to challenge a zoning approval filed as part of a New Building application or Alteration application filed after 7/13/2009, please use "My Community" on the Buildings Department web site at www.nyc.gov/buildings.

**Emergency Telephone Day or Night:** 311

**Borough Commissioner:**

**Commissioner of Buildings:**
Acting



Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

01/01/28/2014

OP-35A (5/10)

# NYC Buildings

## Work Permit Department of Buildings

Permit Number: 121003056-01-EW-OT

Issued: 12/18/2013          Expires: 04/23/2014

Address:   88 FULTON STREET

Business: JOHNNY CHAN

Contractor No: GC-608910

Business: J CHAN GROUP CORP

Description of Work: **CONCRETE WORK NOT AUTHORIZED - CONCRETE PLACEMENT, FORMWORK, STEEL REINFORCING NOT PERMITTED.**

*ALTERATION TYPE 2 - GEN. CONSTR. RENOVATION OR EXISTING COMMERCIAL; INSTALL INTERIOR PARTITION, FLOORING, DROP CEILING AND PLUMBING FIXTURES; REPLACE STOREFRONT WITH EXISTING OPENING. NO CHANGE IN USE, EGRESS OR OCCUPANCY.*

Review is requested under Building Code: 1968

SITE FILL: NOT APPLICABLE

To see a Zoning Diagram (ZD1) or to challenge a zoning approval filed as part of a New Building application or Alteration application filed after 7/13/2009, please use "My Community" on the Buildings Department web site at www.nyc.gov/buildings.

Emergency Telephone Day or Night: 311

Borough Commissioner:

Commissioner of Buildings: _Acting_

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

01/06/2014

OP-35A (5/10)




# NYC Buildings

# Work Permit Department of Buildings

**Permit Number:** *121003056-01-EQ-FN*

**Issued:** *12/18/2013*          **Expires:** *04/23/2014*

**Address:** *MANHATTAN        88 FULTON STREET*

**Issued to:** *JOHNNY CHAN*

**Business:** *J CHAN GROUP CORP*

**Contractor No:** *GC-608910*

**Description of Work:**
*ALTERATION TYPE 2 - CONSTRUCTION EQUIPMENT - FENCE; RENOVATION OF EXISTING COMMERCIAL; INSTALL INTERIOR PARTITION, FLOORING, DROP CEILING AND PLUMBING FIXTURES. REPLACE STOREFRONT WITH EXISTING OPENING. NO CHANGE IN USE, EGRESS OR OCCUPANCY.*

**Review is requested under Building Code:** *1968*

*SITE FILL; NOT APPLICABLE*

To see a Zoning Diagram (ZD1) or to challenge a zoning approval filed as part of a New Building application or Alteration application filed after 7/13/2009, please use "My Community" on the Buildings Department web site at www.nyc.gov/buildings.

**Emergency Telephone Day or Night:** 311

**Borough Commissioner:**

Commissioner of Buildings:

Acting

Tampering with or knowingly making a false entry in or falsely altering this permit is a crime that is punishable by a fine, imprisonment or both.

01/06/2014

OP-35A (5/10)



Proposal for: 88 fulton street ,New York,NY 10038

11/24/2013

Sol Power Associates Inc
Yi Zhu
9175181720

Home Improvement/Renovation

| Cost code | Description | Cost | Remark |
|---|---|---|---|

**Demolition**

| | |
|---|---|
| 1 | remove partition walls |
| 2 | remove floor tiles/carpet and ceiling |
| 3 | remove basic electric wires |
| 4 | remove basic plumbing pipes |

**Plumbing**

| | |
|---|---|
| 1 | install new plumbing for pedicure area with 10 chairs |
| 2 | install new plumbing for 3 waxing room sinks |
| 3 | install new plumbing for 2 facial room sinks |
| 4 | install new plumbing for 3 hand sinks at open area |
| 5 | install new plumbing for 2 toilet for both bathroom |
| 6 | install new plumbing for 2 hand sinks for both bathroom |
| 7 | install new plumbing for boiler room |
| 8 | install new plumbing for laundry room |

**Electrical**

| | |
|---|---|
| 1 | run new electric wires for all ceiling light fixtures |
| 2 | run new electric wires for all wall light fixtures |
| 3 | run new electric wires for all new outlets |
| 4 | run new electric wires for all switches |

**Finish**

| | |
|---|---|
| 1 | Install 3 sinks for waxing rooms |
| 2 | install 2 sinks for facial rooms |
| 3 | install 3 hand sinks for open area |
| 4 | install 2 toilets for both bathrooms |
| 5 | install 2 hand sinks for both bathrooms |
| 6 | install 10 new pedicure chairs |
| 7 | install new floor tiles |
| 8 | install new ceiling |
| 9 | install partition walls for waxing rooms |
| 10 | install partition walls for facial rooms |
| 11 | install partition walls for 2 bathrooms |