Exhibit B


## Buildings



✉ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

**NYC Department of Buildings**
**Application Details**

> The below information does not include work types submitted in DOB NOW; use the <u>DOB NOW Public Portal</u> to access DOB NOW records.

**JUMP TO:** Doc 2 ▾ | Go |

**Premises: 88 FULTON STREET MANHATTAN**
**BIN:** 1077403   **Block:** 77   **Lot:** 24

**Job No:** 100739300
**Document: 02 OF 2**
**Job Type: A2 - ALTERATION TYPE 2**

| | | | | | |
|---|---|---|---|---|---|
| **Document Overview** | **Items Required** | **Virtual Job Folder** | **All Permits** | | **Schedule B** |
| **Fees Paid** | **Forms Received** | | **All Comments** | | **Plumbing Inspections** |
| **Crane Information** | **Plan Examination** | | | | |
| **After Hours Variance Permits** | | | | | |

This job is not subject to the Department's Development Challenge Process. For any issues, please contact the relevant borough office.

---

### POST APPROVAL AMENDMENT FOR DOC 01

## Last Action: PLAN EXAM - APPROVED 03/11/1994 (P)
## Application approved on: 11/19/1993

**Pre-Filed:** 03/10/1994   **Building Type:** Other    **Estimated Total Cost:** $0.00
**Date Filed:** 03/10/1994     **Electronically Filed:** No
**Fee Structure:** STANDARD
**Review is requested under Building Code:** 1968

<u>Job Description</u>   Comments

**1 Location Information (Filed At)**

| | |
|---|---|
| **House No(s):** | **Street Name:** |
| **Borough:** Manhattan | **Block:** 77    **Lot:** 24   **BIN:** 1077403   **CB No:** 101 |
| **Work on Floor(s):** 1FL | **Apt/Condo No(s):** .    **Zip Code:** 10038 |

**2 Applicant of Record Information**

**Name:** SLAMWOMIR POPIEL
**Business Name:** SLAWOMIR POPIEL P.E     **Business Phone:** 718-760-5549
**Business Address:** 50-13 JUNCTION BLVD ELMHURST NY 11373    **Business Fax:**
**E-Mail:**     **Mobile Telephone:**
    **License Number:** 062171

**Applicant Type:** ☒ P.E.   ☐ R.A   ☐ Sign Hanger   ☐ R.L.A.   ☐ Other

**Directive 14 Applicant**
Not Provided

**Previous Applicant of Record**
Not Applicable

## 3 Filing Representative

**Name:** HECTOR PROANO
**Business Name:** SLAWOMIR POPIEL .P.E
**Business Address:** 50-13 JUNCTION BLVD ELMHURST NY 11373
**E-Mail:**

**Business Phone:** 718-760-5549
**Business Fax:**
**Mobile Telephone:**
**Registration Number:**

## 4 Filing Status

Click Here to View

## 5 Job Types

- ☐ Alteration Type 1 or Alteration Type 1 required to meet New Building requirements (28-101.4.5)
- ☐ Alteration Type 1, OT "No Work"
- ☒ Alteration Type 2
- ☐ Alteration Type 3
- ☐ Sign
- ☐ New Building
- ☐ Full Demolition
- ☐ Subdivision: Improved
- ☐ Subdivision: Condo

Directive 14 acceptance requested?  ☒ Yes  ☐ No

## 6 Work Types

- ☐ BL - Boiler
- ☐ FP - Fire Suppression
- ☐ SP - Sprinkler
- ☐ OT - Other
- ☐ FA - Fire Alarm
- ☐ MH - Mechanical
- ☐ EQ - Construction Equipment
- ☐ FB - Fuel Burning
- ☒ PL - Plumbing
- ☐ CC - Curb Cut
- ☐ FS - Fuel Storage
- ☐ SD - Standpipe

## 7 Plans/Construction Documents Submitted

**Plans Page Count:** Not Provided

## 8 Additional Information

**Enlargement proposed?**
☐ No  ☐ Yes            ☐ Horizontal  ☐ Vertical

## 9 Additional Considerations, Limitations or Restrictions

| Yes | No | | Yes | No | |
|-----|-----|---|-----|-----|---|
| ☐ | ☐ | Alt. required to meet New Building req's (28-101.4.5) | ☐ | ☐ | Alteration is a major change to exits |
| | | | ☐ | ☐ | Change in number of dwelling units |
| | | | ☐ | ☐ | Change in Occupancy / Use |
| | | | ☐ | ☐ | Change is inconsistent with current certificate of occupancy |
| | | | ☐ | ☐ | Change in number of stories |
| ☐ | ☐ | Facade Alteration | ☐ | ☐ | Infill Zoning |
| ☐ | ☐ | Adult Establishment | ☐ | ☐ | Loft Board |
| ☐ | ☐ | Compensated Development (Inclusionary Housing) | ☐ | ☐ | Quality Housing |
| ☐ | ☐ | Low Income Housing (Inclusionary Housing) | ☐ | ☐ | Site Safety Job / Project |
| ☐ | ☐ | Single Room Occupancy (SRO) Multiple Dwelling | ☐ | ☐ | Included in LMCCC |
| ☐ | ☐ | Filing includes Lot Merger / Reapportionment | | | Work Includes: |
| | | | ☐ | ☐ | Prefab wood I-joists |
| | | | ☐ | ☐ | Structural cold-formed steel |
| | | | ☐ | ☐ | Open-web steel joists |
| ☐ | ☐ | Landmark | | | |
| ☐ | ☐ | Environmental Restrictions (Little E or RD) | | | |
| ☐ | ☐ | Unmapped/CCO Street | | | |
| ☐ | ☐ | Legalization | | | |
| ☐ | ☐ | Other, Specify: | | | |
| ☐ | ☐ | Filed to Comply with Local Law | | | |
| ☐ | ☐ | Restrictive Declaration / Easement | | | |
| ☐ | ☐ | Zoning Exhibit Record (I,II,III,etc) | | | |

☐ ☐ Filed to Address Violation(s)

☐ ☐ Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]
☐ ☐ Work includes modular construction under New York State jurisdiction
☐ ☐ Work includes modular construction under New York City jurisdiction
☐ ☐ Structural peer review required per BC §1627      Peer Reviewer License No.(P.E.):
☐ ☐ Work includes permanent removal of standpipe, sprinkler or fire suppression related systems
☐ ☐ Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building
☐ ☐ Structural Stability affected by proposed work

**BSA Calendar No.(s):**
**CPC Calendar No.(s):**

## 10 NYCECC Compliance *New York City Energy Conservation Code* (Applicant Statement)

Not Provided

## 11 Job Description

**Related BIS Job Numbers:**
**Primary application Job Number:**

## 12 Zoning Characteristics

**District(s):** NONE
**Overlay(s):**
**Special District(s):**
**Map No.:**     **Street legal width (ft.):**     **Street status:** ☐ Public   ☐ Private
**Zoning lot includes the following tax lots:** Not Provided

| Proposed: Use | Zoning Area (sq.ft.) | District | FAR |
|---|---|---|---|
| **Proposed Totals:** | | – | – |
| **Existing Total:** | | – | – |

**Proposed Lot Details:**   **Lot Type:** ☐ Corner   ☐ Interior   ☐ Through
    **Lot Coverage (%):**     **Lot Area (sq.ft.):**     **Lot Width (ft.):**

**Proposed Yard Details:**   ☐ No Yards   Or
    **Front Yard (ft.):**     **Rear Yard (ft.):**     **Rear Yard Equivalent (ft.):**
    **Side Yard 1 (ft.):**     **Side Yard 2 (ft.):**

**Proposed Other Details:**   **Perimeter Wall Height (ft.):**
    **Enclosed Parking?** ☐ Yes   ☐ No     **No. of parking spaces:**

## 13 Building Characteristics

| | | 2014/2008 Code Designations? |
|---|---|---|
| **Occupancy Classification: Existing:** | | ☐ Yes ☐ No |
| **Proposed:** | | ☐ Yes ☐ No |
| **Construction Classification: Existing:** | | ☐ Yes ☐ No |
| **Proposed:** | | ☐ Yes ☐ No |
| **Multiple Dwelling Classification: Existing:** | | |
| **Proposed:** | | |
| **Building Height (ft.): Existing:** | | |
| **Proposed:** | | |
| **Building Stories: Existing:** | | |
| **Proposed:** | | |
| **Dwelling Units: Existing:** | | |
| **Proposed:** | | |

    **Mixed use building?** ☐ Yes   ☐ No

## 14 Fill

☐ Not Applicable    ☐ Off-Site    ☐ On-Site    ☐ Under 300 cubic yards

## 15 Construction Equipment

Not Applicable

**16 Curb Cut Description**

Not Applicable

**17 Tax Lot Characteristics**

Not Provided

**18 Fire Protection Equipment**

Not Applicable

**19 Open Spaces**

**20 Site Characteristics**

Not Provided

**21 Demolition Details**

Not Applicable

**22 Asbestos Abatement Compliance**

**23 Signs**

Not Applicable

**24 Comments**

**Comments for PAA Document 02 Modifying Document 01**
**Amended Comments**
FILED HEREWITH TO AMENDED PW1B SCHEDULE B (COMMENTS)., AS FOLLOW:
BOX 4 C GAS PIPING;
ADD X IN GAS PIPING INVOLVED ADD IN DESCRIBE GAS FIRED EQUIP. GRILL 1., STOVE 1., 2 CANDY STOVE, STEAM
TABLE (1), HOT WATER HEATER (1).
ADD FIXTURES AS FOLLOWS 1. 2 COMP SINK., 1. HAND SINK.

**25 Applicant's Statements and Signatures ( See paper form or check Forms Received )**

   Yes No
☐ ☐ For New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does
       this building qualify for high-rise designation?
☐ ☐ Directive 14 applications only: I certify that the construction documents submitted and all construction
       documents related to this application do not require a new or amended Certificate of Occupancy as there is
       no change in use, exits, or occupancy.

**26 Owner's Information**

Not Applicable

Yes No
☐ ☐ Owner's Certification Regarding Occupied Housing (Remain Occupied)
☐ ☐ Owner's Certification Regarding Occupied Housing (Rent Control / Stabilization)
☐ ☐ Owner DHCR Notification
☐ ☐ Owner's Certification for Adult Establishment
☐ ☐ Owner's Certification for Directive 14 (if applicable)

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by
dialing 311 or (212) NEW YORK outside of New York City.





**Buildings**

✉ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**
**Application Details**

> The below information does not include work types submitted in DOB NOW; use the **DOB NOW Public Portal** to access DOB NOW records.

| Premises: 88 FULTON STREET MANHATTAN | Job No: 101147019 |
|---|---|
| BIN: 1077403   Block: 77   Lot: 24 | Document: 01 OF 1 |
| | Job Type: A3 - ALTERATION TYPE 3 |

| Document Overview | Items Required | Virtual Job Folder | All Permits |
|---|---|---|---|
| Fees Paid | Forms Received | | All Comments |
| Crane Information | Plan Examination | | |
| After Hours Variance Permits | | | |

This job is not subject to the Department's Development Challenge Process. For any issues, please contact the relevant borough office.

---

### Last Action: PERMIT ISSUED - ENTIRE JOB/WORK 10/24/1995 (R)
### Application approved on: 10/20/1995

   **Pre-Filed:** 10/20/1995   **Building Type:** Other     **Estimated Total Cost:** $5,000.00
   **Date Filed:** 10/20/1995                        **Electronically Filed:** No
   **Fee Structure:** STANDARD
   **Review is requested under Building Code:** Prior-to-1968

Job Description    Comments

**1. Location Information (Filed At)**

   **House No(s):** 88     **Street Name:** FULTON STREET
   **Borough:** Manhattan     **Block:** 77     **Lot:** 24   **BIN:** 1077403   **CB No:** 101
**Work on Floor(s):** 1     **Apt/Condo No(s):**     **Zip Code:** 10038

**2. Applicant of Record Information**

                    **Name:** SLAWOMIR POPIEL
   **Business Name:** H.P. CONSULTANTS            **Business Phone:** 718-762-0027
   **Business Address:** 35-30B FARRINGTON ST FLUSHING NY 11354     **Business Fax:**
               **E-Mail:**                       **Mobile Telephone:**
                                            **License Number:** 062171

   **Applicant Type:** ☒ P.E.  ☐ R.A  ☐ Sign Hanger  ☐ R.L.A.  ☐ Other

**Directive 14 Applicant**

                    **Name:** SLAWOMIR POPIEL
   **Business Name:** H.P. CONSULTANTS            **Business Phone:** 718-762-0027
   **Business Address:** 35-30B FARRINGTON ST FLUSHING NY 11354     **Business Fax:**
               **E-Mail:**                       **Mobile Telephone:**
   **Applicant Type:** PE                         **License Number:** 062171

**Previous Applicant of Record**

Not Applicable

**3. Filing Representative**

**Name:** MIGUEL HERNANDEZ
**Business Name:** HP CONSULTANT
**Business Address:** 35-30 FARRINGTON ST FLUSHING NY 11354
**E-Mail:**

**Business Phone:** 718-762-0027
**Business Fax:**
**Mobile Telephone:**
**Registration Number:**

## 4  Filing Status
Click Here to View

## 5  Job Types
☐ Alteration Type 1 or Alteration Type 1 required to meet New Building requirements (28-101.4.5)
☐ Alteration Type 1, OT "No Work"          ☐ New Building
☐ Alteration Type 2                        ☐ Full Demolition
☒ Alteration Type 3                        ☐ Subdivision: Improved
☐ Sign                                     ☐ Subdivision: Condo
Directive 14 acceptance requested?  ☒ Yes  ☐ No

## 6  Work Types
☐ BL - Boiler            ☐ FA - Fire Alarm                ☐ FB - Fuel Burning      ☐ FS - Fuel Storage
☐ FP - Fire Suppression  ☐ MH - Mechanical                ☐ PL - Plumbing          ☐ SD - Standpipe
☐ SP - Sprinkler         ☐ EQ - Construction Equipment    ☐ CC - Curb Cut
☒ OT - GEN CONST

## 7  Plans/Construction Documents Submitted
**Plans Page Count:** Not Provided

## 8  Additional Information
Not Applicable

## 9  Additional Considerations, Limitations or Restrictions

| Yes | No | | Yes | No | |
|-----|----|----|-----|----|----|
| ☐ | ☐ | Alt. required to meet New Building req's (28-101.4.5) | ☐ | ☐ | Alteration is a major change to exits |
| | | | ☐ | ☐ | Change in number of dwelling units |
| | | | ☐ | ☐ | Change in Occupancy / Use |
| | | | ☐ | ☐ | Change is inconsistent with current certificate of occupancy |
| | | | ☐ | ☐ | Change in number of stories |

| Yes | No | | Yes | No | |
|-----|----|----|-----|----|----|
| ☐ | ☐ | Facade Alteration | ☐ | Ⓝ | Infill Zoning |
| ☐ | ☐ | Adult Establishment | ☐ | Ⓝ | Loft Board |
| ☐ | ☐ | Compensated Development (Inclusionary Housing) | ☐ | Ⓝ | Quality Housing |
| ☐ | ☐ | Low Income Housing (Inclusionary Housing) | ☐ | Ⓝ | Site Safety Job / Project |
| ☐ | Ⓝ | Single Room Occupancy (SRO) Multiple Dwelling | ☐ | ☐ | Included in LMCCC |
| ☐ | ☐ | Filing includes Lot Merger / Reapportionment | Work Includes: | | |
| | | | ☐ | ☐ | Prefab wood I-joists |
| | | | ☐ | ☐ | Structural cold-formed steel |
| | | | ☐ | ☐ | Open-web steel joists |

| Yes | No | |
|-----|----|----|
| ☐ | Ⓝ | Landmark |
| ☐ | ☐ | Environmental Restrictions (Little E or RD) |
| ☐ | ☐ | Unmapped/CCO Street |
| ☐ | ☐ | Legalization |
| ☐ | Ⓝ | Other, Specify: |
| ☐ | Ⓝ | Filed to Comply with Local Law |
| ☐ | ☐ | Restrictive Declaration / Easement |
| ☐ | ☐ | Zoning Exhibit Record (I,II,III,etc) |
| ☐ | ☐ | Filed to Address Violation(s) |

☐ ☐ Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]
☐ ☐ Work includes modular construction under New York State jurisdiction
☐ ☐ Work includes modular construction under New York City jurisdiction
☐ ☐ Structural peer review required per BC §1627    Peer Reviewer License No.(P.E.):
☐ ☐ Work includes permanent removal of standpipe, sprinkler or fire suppression related systems
☐ ☐ Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building
☐ ☒ Structural Stability affected by proposed work

**BSA Calendar No.(s):**
**CPC Calendar No.(s):**

## 10  NYCECC Compliance New York City Energy Conservation Code (Applicant Statement)
Not Provided

## 11  Job Description
FILED HEREWITH TO ADD NEW SPACE AT EXISTING RESTAURANT. AS PER
PLANS. NO CHANGE IN USE, EGRESS OR OCCUPANCY.
**Related BIS Job Numbers:**
**Primary application Job Number:**

## 12  Zoning Characteristics
**District(s):**  C6-4 - GENERAL CENTRAL COMMERCIAL DISTRICT
**Overlay(s):**
**Special District(s):**
**Map No.:** 12B    **Street legal width (ft.):**    **Street status:** ☐ Public  ☐ Private
**Zoning lot includes the following tax lots:**  Not Provided

## 13  Building Characteristics

|  | Existing | 2014/2008 Code Designations? |
|---|---|---|
| **Occupancy Classification:** | COM - COMMERCIAL BUILDINGS - OLD CODE | ☐ Yes ☒ No |
| **Construction Classification:** | 1: FIREPROOF STRUCTURES | ☐ Yes ☒ No |
| **Multiple Dwelling Classification:** | | |
| **Building Height (ft.):** | | |
| **Building Stories:** | | |
| **Dwelling Units:** | | |

**Mixed use building?**  ☐ Yes  ☐ No

## 14  Fill
☐ Not Applicable    ☐ Off-Site    ☐ On-Site    ☐ Under 300 cubic yards

## 15  Construction Equipment
Not Applicable

## 16  Curb Cut Description
Not Applicable

## 17  Tax Lot Characteristics
Not Provided

## 18  Fire Protection Equipment
Not Applicable

## 19  Open Spaces

## 20  Site Characteristics
Not Provided

## 21  Demolition Details
Not Applicable

## 22  Asbestos Abatement Compliance

**23 Signs**

Not Applicable

**24 Comments**

**25 Applicant's Statements and Signatures**   ( See paper form or check Forms Received )

Yes No

☐  ☐  **For New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does this building qualify for high-rise designation?**

☐  ☐  **Directive 14 applications only: I certify that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy.**

**26 Owner's Information**

Name: ANTHONY SCOTO

Relationship to Owner: PROP. MGR

Business Name: GOLD ST PROP.                               Business Phone: 212-477-2700

Business Address: 254 PARK AVE NY NY 10010                 Business Fax:

E-Mail:                                                     Owner Type: PARTNERSHIP

Non Profit:  ☐ Yes   ☒ No

Yes  No

☐  ☐  **Owner's Certification Regarding Occupied Housing (Remain Occupied)**

☐  ☒  **Owner's Certification Regarding Occupied Housing (Rent Control / Stabilization)**

☐  ☒  **Owner DHCR Notification**

☐  ☐  **Owner's Certification for Adult Establishment**

☐  ☐  **Owner's Certification for Directive 14 (if applicable)**

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

 

# Buildings

⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

**Application Details**

---

The below information does not include work types submitted in DOB NOW; use the **DOB NOW Public Portal** to access DOB NOW records.

---

| | |
|---|---|
| Premises: 88 FULTON STREET MANHATTAN | Job No: 101135139 |
| BIN: 1077403   Block: 77   Lot: 24 | Document: 01 OF 1 |
| | Job Type: A2 - ALTERATION TYPE 2 |

| | | | | |
|---|---|---|---|---|
| **Document Overview** | **Items Required** | **Virtual Job Folder** | **All Permits** | **Schedule B** |
| **Fees Paid** | **Forms Received** | | **All Comments** | **Plumbing Inspections** |
| **Crane Information** | **Plan Examination** | | | |
| **After Hours Variance Permits** | | | | |

This job is not subject to the Department's Development Challenge Process. For any issues, please contact the relevant borough office.

---

## Last Action: PERMIT ISSUED - ENTIRE JOB/WORK 08/06/1996 (R)
## Application approved on: 12/08/1995

Pre-Filed: 10/10/1995   **Building Type:** Other   **Estimated Total Cost:** $5,000.00
Date Filed: 10/10/1995   **Electronically Filed:** No
**Fee Structure:** STANDARD
Review is requested under Building Code: Prior-to-1968

Job Description   Comments

### 1 Location Information (Filed At)

| | | | | |
|---|---|---|---|---|
| House No(s): 82 | **Street Name:** FULTON STREET | | | |
| Borough: Manhattan | **Block:** 77 | **Lot:** 24 | **BIN:** 1077403 | **CB No:** 101 |
| Work on Floor(s): CEL,SUC,MEZ | **Apt/Condo No(s):** | | | **Zip Code:** 10038 |

### 2 Applicant of Record Information

Name: OMER FENIK
**Business Name:** OMER E. FENIK, R.A
**Business Address:** 1600 BROADWAY NEW YORK NY 10019   **Business Phone:** 212-956-2043
**E-Mail:**   **Business Fax:**
**Mobile Telephone:**
**License Number:** 021880

Applicant Type: ☐ P.E.   ☒ R.A   ☐ Sign Hanger   ☐ R.L.A.   ☐ Other

### Directive 14 Applicant

Name: OMER FENIK
**Business Name:** OMER E. FENIK, R.A   **Business Phone:** 212-956-2043
**Business Address:** 1600 BROADWAY NEW YORK NY 10019   **Business Fax:**
**E-Mail:**   **Mobile Telephone:**
**Applicant Type:** RA   **License Number:** 021880

### Previous Applicant of Record

Not Applicable

## 3 Filing Representative
None

## 4 Filing Status
<u>Click Here to View</u>

## 5 Job Types
☐ Alteration Type 1 or Alteration Type 1 required to meet New Building requirements (28-101.4.5)

☐ Alteration Type 1, OT "No Work"    ☐ New Building

☒ Alteration Type 2    ☐ Full Demolition

☐ Alteration Type 3    ☐ Subdivision: Improved

☐ Sign    ☐ Subdivision: Condo

**Directive 14 acceptance requested?**   ☒ Yes   ☐ No

## 6 Work Types
☐ BL - Boiler    ☐ FA - Fire Alarm    ☐ FB - Fuel Burning    ☐ FS - Fuel Storage

☐ FP - Fire Suppression    ☐ MH - Mechanical    ☐ PL - Plumbing    ☐ SD - Standpipe

☐ SP - Sprinkler    ☐ EQ - Construction Equipment    ☐ CC - Curb Cut

☒ OT - PARTITIONS

## 7 Plans/Construction Documents Submitted
**Plans Page Count:** Not Provided

## 8 Additional Information
**Enlargement proposed?**

☒ No   ☐ Yes       ☐ Horizontal   ☐ Vertical

## 9 Additional Considerations, Limitations or Restrictions

| Yes | No | | Yes | No | |
|-----|-----|-----|-----|-----|-----|
| ☐ | ☐ | Alt. required to meet New Building req's (28-101.4.5) | ☐ | ☐ | Alteration is a major change to exits |
| | | | ☐ | ☐ | Change in number of dwelling units |
| | | | ☐ | ☐ | Change in Occupancy / Use |
| | | | ☐ | ☐ | Change is inconsistent with current certificate of occupancy |
| | | | ☐ | ☐ | Change in number of stories |
| ☐ | ☐ | Facade Alteration | ☐ | ☒ | Infill Zoning |
| ☐ | ☐ | Adult Establishment | ☐ | ☒ | Loft Board |
| ☐ | ☐ | Compensated Development (Inclusionary Housing) | ☐ | ☒ | Quality Housing |
| ☐ | ☐ | Low Income Housing (Inclusionary Housing) | ☐ | ☒ | Site Safety Job / Project |
| ☐ | ☒ | Single Room Occupancy (SRO) Multiple Dwelling | ☐ | ☐ | Included in LMCCC |
| ☐ | ☐ | Filing includes Lot Merger / Reapportionment | | | **Work Includes:** |
| | | | ☐ | ☐ | Prefab wood I-joists |
| | | | ☐ | ☐ | Structural cold-formed steel |
| | | | ☐ | ☐ | Open-web steel joists |
| ☐ | ☒ | Landmark | | | |
| ☐ | ☐ | Environmental Restrictions (Little E or RD) | | | |
| ☐ | ☐ | Unmapped/CCO Street | | | |
| ☐ | ☐ | Legalization | | | |
| ☐ | ☒ | Other, Specify: | | | |
| ☐ | ☒ | Filed to Comply with Local Law | | | |
| ☐ | ☐ | Restrictive Declaration / Easement | | | |
| ☐ | ☐ | Zoning Exhibit Record (I,II,III,etc) | | | |
| ☐ | ☐ | Filed to Address Violation(s) | | | |

☐ ☐ **Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]**
☐ ☐ **Work includes modular construction under New York State jurisdiction**
☐ ☐ **Work includes modular construction under New York City jurisdiction**
☐ ☐ **Structural peer review required per BC §1627      Peer Reviewer License No.(P.E.):**
☐ ☐ **Work includes permanent removal of standpipe, sprinkler or fire suppression related systems**
☐ ☐ **Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building**
☐ ☒ **Structural Stability affected by proposed work**

**BSA Calendar No.(s):**
**CPC Calendar No.(s):**

## 10 NYCECC Compliance *New York City Energy Conservation Code* (Applicant Statement)

Not Provided

## 11 Job Description

ERECT AND REMOVE MINOR INTERIOR PARTITIO NS AS PER PLANS FILED,@ CORRIDO #1,2. NO CHANGE IN USE,EGRESS OR OCCUPAN CY

**Related BIS Job Numbers:**
**Primary application Job Number:**

## 12 Zoning Characteristics

**District(s):** NONE
**Overlay(s):**
**Special District(s):**
**Map No.:**          **Street legal width (ft.):**          **Street status:** ☐ Public  ☐ Private
**Zoning lot includes the following tax lots:** Not Provided

## 13 Building Characteristics

|  | 2014/2008 Code Designations? |
|---|---|
| **Occupancy Classification: Existing:** | ☐ Yes ☐ No |
| **Proposed:** | ☐ Yes ☐ No |
| **Construction Classification: Existing:** | ☐ Yes ☐ No |
| **Proposed:** | ☐ Yes ☐ No |
| **Multiple Dwelling Classification: Existing:** | |
| **Proposed:** | |
| **Building Height (ft.): Existing:** | |
| **Proposed:** | |
| **Building Stories: Existing:** | |
| **Proposed:** | |
| **Dwelling Units: Existing:** | |
| **Proposed:** | |

**Mixed use building?** ☐ Yes  ☐ No

## 14 Fill

☐ **Not Applicable**    ☐ **Off-Site**      ☐ **On-Site**      ☐ **Under 300 cubic yards**

## 15 Construction Equipment

Not Applicable

## 16 Curb Cut Description

Not Applicable

## 17 Tax Lot Characteristics

Not Provided

## 18 Fire Protection Equipment

Not Applicable

## 19 Open Spaces

## 20 Site Characteristics

Not Provided .

**21  Demolition Details**

Not Applicable

**22  Asbestos Abatement Compliance**

**23  Signs**

Not Applicable

**24  Comments**

**25  Applicant's Statements and Signatures**     ( See paper form or check <u>Forms Received</u> )

**Yes No**

☐ ☐  **For New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does this building qualify for high-rise designation?**

☐ ☐  **Directive 14 applications only: I certify that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy.**

**26  Owner's Information**

| | |
|---|---|
| **Name:** BRAD THURMAN | |
| **Relationship to Owner:** VICE PRESIDENT | |
| **Business Name:** GOLD STREET PROPERTIES | **Business Phone:** 212-477-2700 |
| **Business Address:** 254 PARK AVENUE SOUTH NEW YORK NY 10010 | **Business Fax:** |
| **E-Mail:** | **Owner Type:** CORPORATION |
| **Non Profit:** ☐ Yes  ☒ No | |

**Yes  No**

☐ ☐  **Owner's Certification Regarding Occupied Housing (Remain Occupied)**

☐ ☒  **Owner's Certification Regarding Occupied Housing (Rent Control / Stabilization)**

☐ ☒  **Owner DHCR Notification**

☐ ☐  **Owner's Certification for Adult Establishment**

☐ ☐  **Owner's Certification for Directive 14 (if applicable)**

**Condo / Co-Op or Corporation Second Officer**

| | |
|---|---|
| **Name:** HAROLD THURMAN | **Title:** PRESIDENT |
| **Business Name:** GOLD STREET PROPERTIES | **Business Phone:** 212-477-2700 |
| **Business Address:** 254 PARK AVENUE SOUTH NEW YORK NY 10010 | **Business Fax:** |
| **E-Mail:** | |

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





**Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## Application Details

The below information does not include work types submitted in DOB NOW; use the **DOB NOW Public Portal** to access DOB NOW records.

JUMP TO: Doc 2 ☑  Go

Premises: 88 FULTON STREET MANHATTAN
BIN: 1077403   Block: 77   Lot: 24

Job No: 121003056
Document: 02 OF 2
Job Type: A2 - ALTERATION TYPE 2

| Document Overview | Items Required | Virtual Job Folder | All Permits | Schedule B |
| Fees Paid | Forms Received | | All Comments | Plumbing Inspections |
| Crane Information | Plan Examination | | | |
| After Hours Variance Permits | | | | |

This job is not subject to the Department's Development Challenge Process. For any issues, please contact the relevant borough office.

POST APPROVAL AMENDMENT FOR DOC 01

---------------- * PROFESSIONALLY CERTIFIED * --------------------

### Last Action: PLAN EXAM - APPROVED 01/31/2014 (P)
### Application approved on: 12/13/2013

Pre-Filed: 01/24/2014  **Building Type:** Other
**Date Filed:** 01/24/2014
**Fee Structure:** STANDARD
**Review is requested under Building Code:** 1968

**Estimated Total Cost:** $0.00
**Electronically Filed:** No

Job Description   Comments

### 1 Location Information (Filed At)

**House No(s):** 88  **Street Name:** FULTON STREET
**Borough:** Manhattan  **Block:** 77  **Lot:** 24  **BIN:** 1077403  **CB No:** 101
**Work on Floor(s):** CEL  **Apt/Condo No(s):**  **Zip Code:** 10038

### 2 Applicant of Record Information

**Name:** THOMAS C TUNG
**Business Name:** THOMAS C TUNG P.E.
**Business Address:** 43-31 195TH STREET FLUSHING NY 11358
**E-Mail:** EFILINGLL@GMAIL.COM

**Business Phone:** 212-922-3570
**Business Fax:** 212-966-5611
**Mobile Telephone:**
**License Number:** 049458

**Applicant Type:** ☒ P.E.  ☐ R.A  ☐ Sign Hanger  ☐ R.L.A.  ☐ Other

### Directive 14 Applicant

**Name:** THOMAS C TUNG
**Business Name:** THOMAS C TUNG PE
**Business Phone:** 212-966-7828

Business Address: 2 ALLEN STREET 4H NY NY 10002   Business Fax:
E-Mail:   Mobile Telephone:
Applicant Type: PE   License Number: 049458

## Previous Applicant of Record
Not Applicable

## 3 Filing Representative
Name: JOHN,IDA,VIC,HU KAN,ZENG,NARVAEZ
Business Name: J CHAN GROUP CORP   Business Phone: 212-966-7828
Business Address: 55C DELANCEY STREET NEW YORK NY 10002   Business Fax: 212-966-5611
E-Mail: EFILING08H@GMAIL.COM   Mobile Telephone:
Registration Number:

## 4 Filing Status
Click Here to View

## 5 Job Types
☐ Alteration Type 1 or Alteration Type 1 required to meet New Building requirements (28-101.4.5)
☐ Alteration Type 1, OT "No Work"   ☐ New Building
☒ Alteration Type 2   ☐ Full Demolition
☐ Alteration Type 3   ☐ Subdivision: Improved
☐ Sign   ☐ Subdivision: Condo
Directive 14 acceptance requested?  ☒ Yes  ☐ No

## 6 Work Types
☐ BL - Boiler   ☐ FA - Fire Alarm   ☐ FB - Fuel Burning   ☐ FS - Fuel Storage
☐ FP - Fire Suppression   ☐ MH - Mechanical   ☒ PL - Plumbing   ☐ SD - Standpipe
☐ SP - Sprinkler   ☐ EQ - Construction Equipment   ☐ CC - Curb Cut
☒ OT - Other

## 7 Plans/Construction Documents Submitted
Plans Page Count: 2

## 8 Additional Information
Enlargement proposed?
☐ No   ☐ Yes   ☐ Horizontal   ☐ Vertical

## 9 Additional Considerations, Limitations or Restrictions

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| ☐ | ☐ | Alt. required to meet New Building req's (28-101.4.5) | ☐ | ☐ | Alteration is a major change to exits |
| | | | ☐ | ☐ | Change in number of dwelling units |
| | | | ☐ | ☐ | Change in Occupancy / Use |
| | | | ☐ | ☐ | Change is inconsistent with current certificate of occupancy |
| | | | ☐ | ☐ | Change in number of stories |
| ☐ | ☐ | Facade Alteration | ☐ | ☐ | Infill Zoning |
| ☐ | ☐ | Adult Establishment | ☐ | ☐ | Loft Board |
| ☐ | ☐ | Compensated Development (Inclusionary Housing) | ☐ | ☐ | Quality Housing |
| ☐ | ☐ | Low Income Housing (Inclusionary Housing) | ☐ | ☐ | Site Safety Job / Project |
| ☐ | ☐ | Single Room Occupancy (SRO) Multiple Dwelling | ☐ | ☐ | Included in LMCCC |
| ☐ | ☐ | Filing includes Lot Merger / Reapportionment | | | Work Includes: |
| | | | ☐ | ☐ | Prefab wood I-joists |
| | | | ☐ | ☐ | Structural cold-formed steel |
| | | | ☐ | ☐ | Open-web steel joists |
| ☐ | ☐ | Landmark | | | |
| ☐ | ☐ | Environmental Restrictions (Little E or RD) | | | |

☐ ☐  **Unmapped/CCO Street**
☐ ☐  **Legalization**
☐ ☐  **Other, Specify:**
☐ ☐  **Filed to Comply with Local Law**
☐ ☐  **Restrictive Declaration / Easement**
☐ ☐  **Zoning Exhibit Record (I,II,III,etc)**
☐ ☐  **Filed to Address Violation(s)**

☐ ☐  **Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]**
☐ ☐  **Work includes modular construction under New York State jurisdiction**
☐ ☐  **Work includes modular construction under New York City jurisdiction**
☐ ☐  **Structural peer review required per BC §1627**     **Peer Reviewer License No.(P.E.):**
☐ ☐  **Work includes permanent removal of standpipe, sprinkler or fire suppression related systems**
☐ ☐  **Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building**
☐ ☐  **Structural Stability affected by proposed work**

**BSA Calendar No.(s):**

**CPC Calendar No.(s):**

## 10 NYCECC Compliance *New York City Energy Conservation Code* (Applicant Statement)

Not Provided

## 11 Job Description

**Related BIS Job Numbers:**

**Primary application Job Number:**

## 12 Zoning Characteristics

**District(s):** NONE

**Overlay(s):**

**Special District(s):**

**Map No.:**     **Street legal width (ft.):**     **Street status:** ☐ Public    ☐ Private

**Zoning lot includes the following tax lots:** Not Provided

| Proposed: Use | Zoning Area (sq.ft.) | District | FAR |
|---|---|---|---|
| **Proposed Totals:** | | – | |
| **Existing Total:** | | – | – |

**Proposed Lot Details:**     **Lot Type:** ☐ Corner    ☐ Interior    ☐ Through

                **Lot Coverage (%):**     **Lot Area (sq.ft.):**     **Lot Width (ft.):**

**Proposed Yard Details:**    ☐ No Yards  **Or**

                **Front Yard (ft.):**     **Rear Yard (ft.):**     **Rear Yard Equivalent (ft.):**

                **Side Yard 1 (ft.):**     **Side Yard 2 (ft.):**

**Proposed Other Details:**     **Perimeter Wall Height (ft.):**

                **Enclosed Parking?** ☐ Yes   ☐ No    **No. of parking spaces:**

## 13 Building Characteristics

                                                           **2014/2008 Code Designations?**

**Occupancy Classification: Existing:**                ☐ Yes ☐ No

                   **Proposed:**                ☐ Yes ☐ No

**Construction Classification: Existing:**               ☐ Yes ☐ No

                   **Proposed:**                ☐ Yes ☐ No

**Multiple Dwelling Classification: Existing:**

                   **Proposed:**

**Building Height (ft.): Existing:**

                   **Proposed:**

**Building Stories: Existing:**

                   **Proposed:**

**Dwelling Units: Existing:**

**Proposed:**

Mixed use building? ☐ Yes ☐ No

## 14 Fill
☐ Not Applicable ☐ Off-Site ☐ On-Site ☐ Under 300 cubic yards

## 15 Construction Equipment
Not Applicable

## 16 Curb Cut Description
Not Applicable

## 17 Tax Lot Characteristics
Not Provided

## 18 Fire Protection Equipment
Not Applicable

## 19 Open Spaces

## 20 Site Characteristics
Not Provided

## 21 Demolition Details
Not Applicable

## 22 Asbestos Abatement Compliance

## 23 Signs
Not Applicable

## 24 Comments

Comments for PAA Document 02 Modifying Document 01
Description of Amendment
AMEND PLAN AND SCHEDULE B

## 25 Applicant's Statements and Signatures  ( See paper form or check Forms Received )

Yes No
☐ ☐ For New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does this building qualify for high-rise designation?
☐ ☐ Directive 14 applications only: I certify that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy.

## 26 Owner's Information
Not Applicable

Yes No
☐ ☐ Owner's Certification Regarding Occupied Housing (Remain Occupied)
☐ ☐ Owner's Certification Regarding Occupied Housing (Rent Control / Stabilization)
☐ ☐ Owner DHCR Notification
☐ ☐ Owner's Certification for Adult Establishment
☐ ☐ Owner's Certification for Directive 14 (if applicable)

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

**Application Details**

The below information does not include work types submitted in DOB NOW; use the **DOB NOW Public Portal** to access DOB NOW records.

Premises: 88 FULTON STREET MANHATTAN

BIN: 1077403   Block: 77   Lot: 24

Job No: 140405595
Document: 01 OF 1
Job Type: A2 - ALTERATION TYPE 2

| | | | | | |
|---|---|---|---|---|---|
| Document Overview | Items Required | Virtual Job Folder | All Permits | | Schedule B |
| Fees Paid | Forms Received | | All Comments | | Plumbing Inspections |
| Crane Information | Plan Examination | | | | |
| After Hours Variance Permits | | | | | |

This job is not subject to the Department's Development Challenge Process. For any issues, please contact the relevant borough office.

**JOB CLOSED ON 11/20/2015**

**ADMINISTRATIVELY CLOSED DUE TO INACTIVITY**

---------------- * PROFESSIONALLY CERTIFIED * --------------------

**Last Action:** PLAN EXAM - IN PROCESS 09/21/2015 (H)

**Pre-Filed:** 09/21/2015   **Building Type:** Other

**Date Filed:** 09/21/2015

**Fee Structure:** STANDARD

Review is requested under **Building Code:** 2014

**Estimated Total Cost:** $40,000.00

**Electronically Filed:** Yes : Hub *Self-Service*

Job Description   Comments

**1. Location Information (Filed At)**

**House No(s):** 88    **Street Name:** FULTON STREET

**Borough:** Manhattan    **Block:** 77    **Lot:** 24   **BIN:** 1077403   **CB No:** 101

**Work on Floor(s):** OSP    **Apt/Condo No(s):**    **Zip Code:** 10038

**2. Applicant of Record Information**

**Name:** JAMES SCHELD

**Business Name:** HOWARD I. SHAPIRO & ASSOCIATES    **Business Phone:** 516-791-2600

**Business Address:** 266 MERRICK ROAD SUITE 300 LYNBROOK NY 11563    **Business Fax:**

**E-Mail:** JSCHELD@HISASSOC.COM

**Mobile Telephone:**

**License Number:** 081772

**Applicant Type:** ☒ P.E.   ☐ R.A.   ☐ Sign Hanger   ☐ R.L.A.   ☐ Other

**Directive 14 Applicant**

Not Provided

**Previous Applicant of Record**

Not Applicable

**3. Filing Representative**

Application Details

**Name:** SHEILA/JON/LAUR BUSCAG/COHEN/OREILLY

**Business Name:** HOWARD I SHAPIRO & ASSOCIATES | **Business Phone:** 516-791-2600

**Business Address:** 266 MERRICK ROAD SUITE 300 LYNBROOK NY 11563 | **Business Fax:**

**E-Mail:** LOREILLY@HISASSOC.COM | **Mobile Telephone:**

**Registration Number:** 1098

### 4  Filing Status

Click Here to View

### 5  Job Types

☐ Alteration Type 1 or Alteration Type 1 required to meet New Building requirements (28-101.4.5)

☐ Alteration Type 1, OT "No Work"　　☐ New Building

☒ Alteration Type 2　　　　　　　　☐ Full Demolition

☐ Alteration Type 3　　　　　　　　☐ Subdivision: Improved

☐ Sign　　　　　　　　　　　　　☐ Subdivision: Condo

**Directive 14 acceptance requested?**　☒ Yes　☐ No

### 6  Work Types

☐ BL - Boiler　　　　　☐ FA - Fire Alarm　　　　　☐ FB - Fuel Burning　　☐ FS - Fuel Storage

☐ FP - Fire Suppression　☐ MH - Mechanical　　　　☐ PL - Plumbing　　　☐ SD - Standpipe

☐ SP - Sprinkler　　　　☐ EQ - Construction Equipment　☐ CC - Curb Cut

☒ OT -  TIE BACKS

### 7  Plans/Construction Documents Submitted

**Plans Page Count:** Not Provided

### 8  Additional Information

**Enlargement proposed?**

☒ No　☐ Yes　　　　　　　☐ Horizontal　☐ Vertical

### 9  Additional Considerations, Limitations or Restrictions

| Yes No | | |
|---|---|---|
| ☐ | Ⓝ | Alt. required to meet New Building req's (28-101.4.5) |

| Yes No | | |
|---|---|---|
| ☐ | Ⓝ | Alteration is a major change to exits |
| ☐ | Ⓝ | Change in number of dwelling units |
| ☐ | Ⓝ | Change in Occupancy / Use |
| ☐ | Ⓝ | Change is inconsistent with current certificate of occupancy |
| ☐ | Ⓝ | Change in number of stories |

| Yes No | | |
|---|---|---|
| ☐ | Ⓝ | Facade Alteration |
| ☐ | Ⓝ | Adult Establishment |
| ☐ | Ⓝ | Compensated Development (Inclusionary Housing) |
| ☐ | Ⓝ | Low Income Housing (Inclusionary Housing) |
| ☐ | Ⓝ | Single Room Occupancy (SRO) Multiple Dwelling |
| ☐ | Ⓝ | Filing includes Lot Merger / Reapportionment |

| Yes No | | |
|---|---|---|
| ☐ | Ⓝ | Infill Zoning |
| ☐ | Ⓝ | Loft Board |
| ☐ | Ⓝ | Quality Housing |
| ☐ | Ⓝ | Site Safety Job / Project |
| ☐ | Ⓝ | Included in LMCCC |

**Work Includes:**

| | | |
|---|---|---|
| ☐ | Ⓝ | Prefab wood I-joists |
| ☐ | Ⓝ | Structural cold-formed steel |
| ☐ | Ⓝ | Open-web steel joists |

| Yes No | | |
|---|---|---|
| ☐ | Ⓝ | Landmark |
| ☐ | Ⓝ | Environmental Restrictions (Little E or RD) |
| ☐ | Ⓝ | Unmapped/CCO Street |
| ☐ | Ⓝ | Legalization |
| ☐ | Ⓝ | Other, Specify: |
| ☐ | Ⓝ | Filed to Comply with Local Law |
| ☐ | Ⓝ | Restrictive Declaration / Easement |
| ☐ | Ⓝ | Zoning Exhibit Record (I,II,III,etc) |

☐ Ⓝ   **Filed to Address Violation(s)**

☐ Ⓝ   **Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]**
☐ Ⓝ   **Work includes modular construction under New York State jurisdiction**
☐ Ⓝ   **Work includes modular construction under New York City jurisdiction**
☐ Ⓝ   **Structural peer review required per BC §1627**     **Peer Reviewer License No.(P.E.):**
☐ Ⓝ   **Work includes permanent removal of standpipe, sprinkler or fire suppression related systems**
☐ Ⓝ   **Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building**
Ⓨ ☐   **Structural Stability affected by proposed work**

**BSA Calendar No.(s):**
**CPC Calendar No.(s):**

## 10 NYCECC Compliance *New York City Energy Conservation Code* (Applicant Statement)

☒ **To the best of my knowledge, belief and professional judgment, this application is in compliance with the NYCECC.**

     **Code Compliance Path:** ☒ **NYCECC**   ☐ **ASHARE**

     **Energy Analysis:**     ☒ **Tabular**   ☐ **REScheck**    ☐ **COMcheck**    ☐ **Energy Modeling (EN1)**

## 11 Job Description

INSTALLATION OF TIE BACKS AS PER PLANS FILED HEREWITH.

**Related BIS Job Numbers:**
**Primary application Job Number:**

## 12 Zoning Characteristics

**District(s):**   C6-4 - GENERAL CENTRAL COMMERCIAL DISTRICT
**Overlay(s):**
**Special District(s):**   LM - LOWER MANHATTAN
**Map No.:** 12b      **Street legal width (ft.):**      **Street status:** ☐   Public    ☐   Private
**Zoning lot includes the following tax lots:**   Not Provided

## 13 Building Characteristics

|  |  | 2014/2008 Code Designations? |
|---|---|---|
| **Occupancy Classification: Existing:** | COM - COMMERCIAL BUILDINGS - OLD CODE | ☐ Yes ☒ No |
| **Proposed:** | COM - COMMERCIAL BUILDINGS - OLD CODE | ☐ Yes ☒ No |
| **Construction Classification: Existing:** | 3: NON-FIREPROOF STRUCTURES | ☐ Yes ☒ No |
| **Proposed:** | 3: NON-FIREPROOF STRUCTURES | ☐ Yes ☒ No |
| **Multiple Dwelling Classification: Existing:** | | |
| **Proposed:** | | |
| **Building Height (ft.): Existing:** | 122 | |
| **Proposed:** | 122 | |
| **Building Stories: Existing:** | 7 | |
| **Proposed:** | 7 | |
| **Dwelling Units: Existing:** | 196 | |
| **Proposed:** | 196 | |

             **Mixed use building?**    ☒ **Yes**    ☐ **No**

## 14 Fill

☒ **Not Applicable**    ☐ **Off-Site**      ☐ **On-Site**      ☐ **Under 300 cubic yards**

## 15 Construction Equipment

Not Applicable

## 16 Curb Cut Description

Not Applicable

## 17 Tax Lot Characteristics

Not Provided

## 18 Fire Protection Equipment

Not Applicable

## 19 Open Spaces

## 20 Site Characteristics

Yes No             Yes No

| Yes | No | | Yes | No | |
|-----|----|--|-----|----|--|
| ☐ | ☒ | Tidal Wetlands | ☐ | ☒ | Freshwater Wetlands |
| ☐ | ☒ | Coastal Erosion Hazard Area | ☐ | ☒ | Urban Renewal |
| ☒ | ☐ | Fire District | ☐ | ☒ | Flood Hazard Area |

**Flood Hazard Area Information:**

Yes No

| Yes | No | |
|-----|----|--|
| ☐ | ☐ | Substantial improvement? |
| ☐ | ☐ | Substantially damaged? |
| ☐ | ☐ | Floodshields part of proposed work? |

## 21 Demolition Details

Not Applicable

## 22 Asbestos Abatement Compliance

☒ The scope of work requires related asbestos abatement as defined in the regulations of the NYC Department of Environmental Protection (DEP).

## 23 Signs

Not Applicable

## 24 Comments

## 25 Applicant's Statements and Signatures    ( See paper form or check Forms Received )

Yes No

| Yes | No | |
|-----|----|--|
| ☐ | ☐ | For New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does this building qualify for high-rise designation? |
| ☒ | ☐ | Directive 14 applications only: I certify that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy. |

## 26 Owner's Information

            **Name:** BRAD THURMAN

**Relationship to Owner:** VICE PRESIDENT

   **Business Name:** GOLD STREET PROPERTIES LP        **Business Phone:** 212-477-2700

**Business Address:** 49 WEST 32ND STREET NEW YORK NY 10001     **Business Fax:**

          **E-Mail:** BRAD@THURCON.COM        **Owner Type:** CORPORATION

      **Non Profit:** ☐ Yes   ☒ No

Yes No

| Yes | No | |
|-----|----|--|
| ☒ | ☐ | Owner's Certification Regarding Occupied Housing (Remain Occupied) |
| ☐ | ☒ | Owner's Certification Regarding Occupied Housing (Rent Control / Stabilization) |
| ☐ | ☐ | Owner DHCR Notification |
| ☐ | ☐ | Owner's Certification for Adult Establishment |
| ☒ | ☐ | Owner's Certification for Directive 14 (if applicable) |

## Metes and Bounds

To view metes and bounds, see the Plot Diagram (form PD-1). A scanned image may be available here.

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

 

**Buildings**

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

Application Details

The below information does not include work types submitted in DOB NOW; use the DOB NOW Public Portal to access DOB NOW records.

JUMP TO: Doc 1 ▼ Go

Premises: 88 FULTON STREET MANHATTAN
BIN: 1077403  Block: 77  Lot: 24

Job No: 140433181
Document: 01 OF 2
Job Type: A2 - ALTERATION TYPE 2

| Document Overview | Items Required | Virtual Job Folder | All Permits | Schedule B |
| Fees Paid | Forms Received | | All Comments | Plumbing Inspections |
| Crane Information | Plan Examination | | Print Letter of Completion | |
| After Hours Variance Permits | | | | |

**DOB NOW:** *Inspections*

This job is not subject to the Department's Development Challenge Process. For any issues, please contact the relevant borough office.

---------------- * PROFESSIONALLY CERTIFIED * --------------------

**Last Action:** SIGNED OFF 05/18/2017 (X)

**Application approved on:** 01/04/2016

Pre-Filed: 11/23/2015  Building Type: Other
Date Filed: 01/04/2016
Fee Structure: STANDARD
Review is requested under Building Code: 2014

Estimated Total Cost: $40,000.00
Electronically Filed: Yes : Hub *Self-Service*

Job Description  Comments

**1 Location Information (Filed At)**

House No(s): 88  Street Name: FULTON STREET
Borough: Manhattan  Block: 77  Lot: 24  BIN: 1077403  CB No: 101
Work on Floor(s): OSP  Apt/Condo No(s):  Zip Code: 10038

**2 Applicant of Record Information**

Name: JAMES SCHELD
Business Name: HOWARD I. SHAPIRO & ASSOCIATES  Business Phone: 516-791-2600
Business Address: 266 MERRICK ROAD LYNBROOK NY 11563  Business Fax:
E-Mail: JSCHELD@HISASSOC.COM  Mobile Telephone:
License Number: 081772

Applicant Type: ☒ P.E. ☐ R.A ☐ Sign Hanger ☐ R.L.A. ☐ Other

**Directive 14 Applicant**

Name: JAMES SCHELD

Business Name: HOWARD I. SHAPIRO & ASSOCIATES
Business Address: 266 MERRICK ROAD LYNBROOK NY 11563

E-Mail:

Applicant Type: PE

Business Phone: 516-791-2600
Business Fax:
Mobile Telephone:
License Number: 081772

### Previous Applicant of Record

Name: JAMES SCHELD
Business Name: HOWARD I. SHAPIRO & ASSOCIATES
Business Address: 266 MERRICK ROAD SUITE 300 LYNBROOK NY 11563

E-Mail: JSCHELD@HISASSOC.COM

Applicant Type: PE

Business Phone: 516-791-2600
Business Fax:
Mobile Telephone:
License Number: 081772

### 3 Filing Representative

Name: SHEILA/JON/LAUR BUSCAG/COHEN/OREILLY
Business Name: HOWARD I SHAPIRO & ASSOCIATES
Business Address: 266 MERRICK ROAD LYNBROOK NY 11563
E-Mail: LOREILLY@HISASSOC.COM

Business Phone: 516-791-2600
Business Fax:
Mobile Telephone:
Registration Number: 1098

### 4 Filing Status

Click Here to View

### 5 Job Types

☐ Alteration Type 1 or Alteration Type 1 required to meet New Building requirements (28-101.4.5)
☐ Alteration Type 1, OT "No Work"        ☐ New Building
☒ Alteration Type 2                      ☐ Full Demolition
☐ Alteration Type 3                      ☐ Subdivision: Improved
☐ Sign                                   ☐ Subdivision: Condo
Directive 14 acceptance requested?  ☒ Yes  ☐ No

### 6 Work Types

☐ BL - Boiler              ☐ FA - Fire Alarm              ☐ FB - Fuel Burning    ☐ FS - Fuel Storage
☐ FP - Fire Suppression    ☐ MH - Mechanical              ☐ PL - Plumbing        ☐ SD - Standpipe
☐ SP - Sprinkler           ☐ EQ - Construction Equipment  ☐ CC - Curb Cut
☒ OT - TIE BACKS

### 7 Plans/Construction Documents Submitted

Plans Page Count: 0002

### 8 Additional Information

Enlargement proposed?
☒ No  ☐ Yes                    ☐ Horizontal  ☐ Vertical

### 9 Additional Considerations, Limitations or Restrictions

| Yes | No | | Yes | No | |
|-----|----|---|-----|----|---|
| ☐ | ☒ | Alt. required to meet New Building req's (28-101.4.5) | ☐ | ☒ | Alteration is a major change to exits |
| | | | ☐ | ☒ | Change in number of dwelling units |
| | | | ☐ | ☒ | Change in Occupancy / Use |
| | | | ☐ | ☒ | Change is inconsistent with current certificate of occupancy |
| | | | ☐ | ☒ | Change in number of stories |
| ☐ | ☒ | Facade Alteration | ☐ | ☒ | Infill Zoning |
| ☐ | ☒ | Adult Establishment | ☐ | ☒ | Loft Board |
| ☐ | ☒ | Compensated Development (Inclusionary Housing) | ☐ | ☒ | Quality Housing |
| ☐ | ☒ | Low Income Housing (Inclusionary Housing) | ☐ | ☒ | Site Safety Job / Project |
| ☐ | ☒ | Single Room Occupancy (SRO) Multiple Dwelling | ☐ | ☒ | Included in LMCCC |

☐ ☒ Filing includes Lot Merger / Reapportionment

Work Includes:

☐ ☒ Prefab wood I-joists
☐ ☒ Structural cold-formed steel
☐ ☒ Open-web steel joists

☐ ☒ Landmark
☐ ☒ Environmental Restrictions (Little E or RD)
☐ ☒ Unmapped/CCO Street
☐ ☒ Legalization
☐ ☒ Other, Specify:
☐ ☒ Filed to Comply with Local Law
☐ ☒ Restrictive Declaration / Easement
☐ ☒ Zoning Exhibit Record (I,II,III,etc)
☐ ☒ Filed to Address Violation(s)

☐ ☒ Work includes lighting fixture and/or controls, installation or replacement. [ECC §404 and §505]
☐ ☒ Work includes modular construction under New York State jurisdiction
☐ ☒ Work includes modular construction under New York City jurisdiction
☐ ☒ Structural peer review required per BC §1627    Peer Reviewer License No.(P.E.):
☐ ☒ Work includes permanent removal of standpipe, sprinkler or fire suppression related systems
☐ ☒ Work includes partial demolition as defined in AC §28-101.5, or the raising/moving of a building
☒ ☐ Structural Stability affected by proposed work

BSA Calendar No.(s):
CPC Calendar No.(s):

## 10. NYCECC Compliance *New York City Energy Conservation Code* (Applicant Statement)

☒ To the best of my knowledge, belief and professional judgment, this application is in compliance with the NYCECC.

Code Compliance Path:   ☒ NYCECC   ☐ ASHARE

Energy Analysis:   ☒ Tabular   ☐ REScheck   ☐ COMcheck   ☐ Energy Modeling (EN1)

## 11. Job Description

INSTALLATION OF TIE BACKS AS PER PLANS FILED HEREWITH.

Related BIS Job Numbers:
Primary application Job Number:

## 12. Zoning Characteristics

District(s): C6-4 - GENERAL CENTRAL COMMERCIAL DISTRICT
Overlay(s):
Special District(s): LM - LOWER MANHATTAN
Map No.: 12b     Street legal width (ft.):     Street status: ☐ Public ☐ Private
Zoning lot includes the following tax lots: Not Provided

## 13. Building Characteristics

| | | 2014/2008 Code Designations? |
|---|---|---|
| Occupancy Classification: Existing: | COM - COMMERCIAL BUILDINGS - OLD CODE | ☐ Yes ☒ No |
| Proposed: | COM - COMMERCIAL BUILDINGS - OLD CODE | ☐ Yes ☒ No |
| Construction Classification: Existing: | 3: NON-FIREPROOF STRUCTURES | ☐ Yes ☒ No |
| Proposed: | 3: NON-FIREPROOF STRUCTURES | ☐ Yes ☒ No |
| Multiple Dwelling Classification: Existing: | | |
| Proposed: | | |
| Building Height (ft.): Existing: | 122 | |
| Proposed: | 122 | |
| Building Stories: Existing: | 7 | |
| Proposed: | 7 | |
| Dwelling Units: Existing: | 196 | |

Proposed:    196

Mixed use building?    ☒ Yes    ☐ No

## 14 Fill

☒ Not Applicable    ☐ Off-Site    ☐ On-Site    ☐ Under 300 cubic yards

## 15 Construction Equipment

Not Applicable

## 16 Curb Cut Description

Not Applicable

## 17 Tax Lot Characteristics

Not Provided

## 18 Fire Protection Equipment

Not Applicable

## 19 Open Spaces

## 20 Site Characteristics

Yes No

☐ ☒ Tidal Wetlands
☐ ☒ Coastal Erosion Hazard Area
☒ ☐ Fire District

Yes No

☐ ☒ Freshwater Wetlands
☐ ☒ Urban Renewal
☐ ☒ Flood Hazard Area

Flood Hazard Area Information:

Yes No

☐ ☐ Substantial improvement?
☐ ☐ Substantially damaged?
☐ ☐ Floodshields part of proposed work?

## 21 Demolition Details

Not Applicable

## 22 Asbestos Abatement Compliance

☒ The scope of work requires related asbestos abatement as defined in the regulations of the NYC Department of Environmental Protection (DEP).

## 23 Signs

Not Applicable

## 24 Comments

## 25 Applicant's Statements and Signatures    ( See paper form or check Forms Received )

Yes No

☐ ☐ For New Building and Alteration 1 applications filed under the 2008 or 2014 NYC Building Code only: does this building qualify for high-rise designation?

☒ ☐ Directive 14 applications only: I certify that the construction documents submitted and all construction documents related to this application do not require a new or amended Certificate of Occupancy as there is no change in use, exits, or occupancy.

## 26 Owner's Information

Name: BRAD THURMAN
Relationship to Owner: VICE PRESIDENT
Business Name: GOLD STREET PROPERTIES LP
Business Address: 49 WEST 32ND STREET NEW YORK NY 10001
E-Mail: BRAD@THURCON.COM
Non Profit: ☐ Yes   ☒ No

Business Phone: 212-477-2700
Business Fax:
Owner Type: CORPORATION

Yes No

☒ ☐ Owner's Certification Regarding Occupied Housing (Remain Occupied)
☐ ☒ Owner's Certification Regarding Occupied Housing (Rent Control / Stabilization)
☐ ☐ Owner DHCR Notification



**Buildings**

## PW1: Plan / Work Application
*Must be typewritten.*

 Orient and affix BIS job number label here

---

**1  Location Information** *Required for all applications.*

| | |
|---|---|
| House No(s) 88 | Street Name FULTON STREET |
| Borough MANHATTAN | Block 00077   Lot 00024   BIN 1077403   C.B. No. 101 |
| Work on Floor(s) SUB,CEL,1ST | Apt. / Condo No(s) |

---

**2  Applicant Information** *Required for all applications. Fax, mobile telephone and e-mail address are optional information.*

| | | |
|---|---|---|
| Last Name BERMAN | First Name LEONID | Middle Initial |
| Business Name ENGINEERING CONCEPTS P.C. | | Business Telephone (718)743-5473 |
| Business Address 1722 EAST 26TH STREET | | Business Fax |
| City BROOKLYN | State NY   Zip 11229 | Mobile Telephone (917)691-6737 |
| E-Mail BERMLE@PRODIGY.NET | | License Number 080474 |

Choose one:  [X] P.E.   [ ] R.A.   [ ] Sign Hanger   [ ] R.L.A.   [ ] Other:

---

**3  Filing Representative** *Complete only if different from applicant specified in section 2. Fax, mobile phone, and e-mail are optional info.*

| | | |
|---|---|---|
| Last Name MARTINEZ | First Name WILDE | Middle Initial |
| Business Name ENGINEERING CONCEPTS | | Business Telephone (516)523-4014 |
| Business Address 1722 EAST 26TH STREET | | Business Fax (212)929-6888 |
| City BROOKLYN | State NY   Zip 11229 | Mobile Telephone (516)523-4014 |
| E-Mail WILDEMARTINEZ@HOTMAIL.COM | | Registration Number 1138 |

---

**4  Filing Status** *Required for all applications. Choose one and provide specified associated information.*

[X] Initial Filing  *5, 7, 11, 12A, 25-26*
Choose only one:
[X] Standard Plan Examination or Review
[ ] Professional Certification  *PC1, POC1*
[ ] Professional Certification of Objections  *AI1*

[ ] Prior to Approval Actions  *25-26*
  [ ] Amend Existing Filing  *4A*
  [ ] Subsequent Filing  *6-7, 8A (Alt-2 only), 11*
[ ] Post Approval Amendment (PAA)  *4A, 6, 24-25*
  Will PAA affect filing fees?  [ ] Yes  [ ] No
[ ] New (Superseding) Applicant  *4A, 25-26*

[ ] Reinstatement  *24-26*
[ ] Withdrawal  *26*
  [ ] Specified in 4A and 6
  [ ] Entire Job
4A  Indicate existing document number affected by filing:

---

**5  Job/Project Types** *Choose one and provide specified associated information.*

[ ] Alteration Type 1 or Alteration Type 1 required to meet New Building requirements *(28-101.4.5) 6A-E, 8B-C, 9-10, 12, 13C-F, 14, 18-20, 22 & PW1A, PD1*
[ ] Alteration Type 1, OT: "No Work" *8C, 9-10 & 12, 13C-F, 14, 18-19, 22, PW1A, PD1*

[X] Alteration Type 2  *5A, 6A-D, 8A-B, 9-10, 13C-E, & 14, 20, 22*
[ ] Alteration Type 3  *5A, 6B-F, 8C, 9-10, 13C-E, 20, 22*
[ ] New Building *6A-E, 8F-G, 9A, 9C-K, 10, 12 & 13A-E, 14, 18-20, PW1A, PD1*
[ ] Sign  *5A, 6B-D, 9A, 9D, 22-23*

[ ] Full Demolition  *6B, 8D, 9A & 9C-D, 9K, 13D-E, 14, 21A, 22*
[ ] Subdivision  *9A, 9D, 12A-B*
  [ ] Condominium   [ ] Improved  *17*
5A Directive 14 acceptance requested?
  [X] Yes   [ ] No

---

**6  Work Types** *Select all that apply but no more than allowed by job and filing type. "OT" required on all NB and Alteration 1 initial applications.*

| 6A | | 6E |
|---|---|---|
| [ ] BL - Boiler  *PW1C* | [ ] FS - Fuel Storage *PW1C*   [ ] PL - Plumbing *PW1B* | [ ] CC - Curb Cut  *16* |
| [X] FA - Fire Alarm | [ ] FP - Fire Suppression   [ ] SD - Standpipe *PW1B* | [ ] OT/LAN - Landscape |
| [ ] FB - Fuel Burning  *PW1C* | [ ] MH - Mechanical   [ ] SP - Sprinkler *PW1B* | 6F [ ] OT/ANT - Antenna |
| 6B [ ] EQ - Construction Equipment  *15* | 6C [ ] OT/GC - General Construction   6D [ ] OT - Other, *describe:* | [ ] OT/BPP - Builders Pavement Plan *8D* |
| | | [ ] OT/FPP - Fire Protection Plan |
| | | [ ] OT/MAR - Marquee  *8E, 26B* |

---

*DOB Reference Number:* **T00001486411-000021**
*User Ref ID:* **88FULTST**   12/14