## Inclined Platform Lift for 82-88 Fulton Street

- Lift Custom built to provide access over stairs with multiple levels, curves or intermediate landings

- Carries a passenger in a wheelchair or seated passenger; capacity of 660 lb (USA only) or 550 lb

- Power foldaway platform available in 2 sizes; ADA-compliant version includes fold-out seat and audio-visual movement alarm

- Motor is unobtrusively installed at the top landing, with the controller located remotely keeping the visible components to a minimum

- For residential and commercial use (where code permits); indoor and outdoor applications (moderate climates only)

### Features

**Minimal construction required:** Provides access without significant renovations.
**Flexible for many types of installations:** Custom built to your specifications to fit staircases with inside and outside curves, spiral stairs or multiple levels.
**Space-saving design:** Sleek design with a foldaway and optional out-of-the-way parking that harmonizes with any building design.
**Machine roomless:** Motor is unobtrusively installed at the top landing, with the controller located remotely keeping the visible components to a minimum.
**Other:** Constant pressure buttons to move the lift up and down, pedestrian warning light and movement alarm, straight through platform, power folding platform, pendant control, fold-down seat with 330 lb (150 kg) capacity.
**ADA-compliant platform:** ideal for public accessibility requirements.
**Safety features:** Sensor system on the platform, non-skid platform with side safety flaps, overspeed governor, manual lowering device, power folding safety arms, keyed access for call stations and emergency stop button.



Curved

Exterior curved staircase with a wheelchair lift



Curved

Wheelchair lift showing optional folding seat in a stairwell with curves



Curved

The wheelchair lift folded up to allow access to the stairs



Curved

A wheelchair user using the lift in a retail setting



Curved

Wheelchair lift folded conveniently out of the way at the bottom of a staircase



Curved

Outdoor staircase with a curved platform lift installation







