**DEFENDANT'S EXHIBIT "E"**



**STEVEN KRATCHMAN ARCHITECT, PC**

23 Warren Street, Store 9, NY, NY 10007   Tel: 212-944-9204

November 25, 2020

Robert Silversmith, Esq.
Silversmith & Associates Law Firm, PLLC
39 Broadway, Suite 910
New York, New York 10006

RE:   STV 7.3  33GoldSt(SC,C,M,1-7,R),MH- Response to Plaintiff Report: Exteriors

Dear Robert,

We are in receipt of Mr. Chen's report dated November 16, 2020 regarding access into the commercial spaces from the exterior, following his earlier independent inspection in July earlier this year. The report also responds to two schematic plans of the commercial units prepared by our office, that demonstrate the infeasibility of providing access via ramps and a lift.

Mr. Chen agrees with our evaluation that a ramp remedy is not feasible and deserves no further consideration. He opines that the best solution would involve the installation of two lifts and acknowledges that this would require additional leasable area to be taken from the commercial units for their installation and required maneuvering clearances. No sketches or illustrations were provided with the letter; however, the location of the suggested lifts is described and the intent is understood to be able to individually align with the left and right sides of different floor levels. One of the lifts would reasonably be within the easternmost areaway, which would address access to the Thai restaurant and Affina salon. The implied location for the second lift to serve the western portion of commercial spaces is not understood. No second location is present that would not encroach on required egress and access to the remaining units, or that would not result in a considerable loss of leasable space or significant restructuring and reconfiguration of the western commercial spaces. Mr. Chen also acknowledges that this would not address access to all units.

We still are of the opinion that providing access to the spaces from the sidewalk will require extraordinary amount of work, restructuring of floor levels, and would result in a loss of leased area, and is simply not feasible at this time for the current spatial configuration. Mr. Chen's suggestion is even more radical and less feasible, while also admittedly not addressing access to several units.

Sincerely,

Steven Kratchman, AIA
**Steven Kratchman Architect, P.C.**
CC: Brad Thurman