UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
DINO ANTOLINI

**Defendant / Respondent:**
HAROLD THURMAN, BRAD THURMAN and 33 BRE INC.

STATE OF NEW YORK     )
                      )SS:
COUNTY OF NASSAU      )

**AFFIDAVIT OF SERVICE**

Civil Action No.: 1:19-cv-9674
Date Filed: October 22, 2019

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Tue, Oct 29 2019 AT 03:02 PM AT 49 WEST 32ND STREET, NEW YORK, NY 10001 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT-JURY TRIAL DEMANDED bearing Civil Action No.: 1:19-cv-9674 and a date of filing of October 22, 2019 upon 33 BRE INC. defendant therein named.

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** a defendant, therein named, by delivering a true copy of each to JANE DOE-NAME REFUSED personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Front Desk Reception-Authorized; thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, _____, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45-50    Skin Color: Caucasian    Gender: Female    Weight: 240+
Height: 5'9"  Hair: Red                Eyes: Brown       Relationship: Front Desk Reception-Authorized
Other: Wearing Glasses

Sworn to before me on 11-4-19

Gina Eannucci - License #2078650

Notary Public

Cassandra I Bardoo
Notary Public, State of New York
No. 01BA6292487
Qualified in Suffolk County
Commission Expires November 04, 20 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
DINO ANTOLINI

**Defendant / Respondent:**
HAROLD THURMAN, BRAD THURMAN and 33 BRE INC.

**AFFIDAVIT OF SERVICE**

Civil Action No.: 1:19-cv-9674
Date Filed: October 22, 2019

STATE OF NEW YORK        )
                         )SS:
COUNTY OF NASSAU         )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Tue, Oct 29 2019 AT 03:03 PM AT 49 WEST 32ND STREET, NEW YORK, NY 10001 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT-JURY TRIAL DEMANDED bearing Civil Action No.: 1:19-cv-9674 and a date of filing of October 22, 2019 upon BRAD THURMAN defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to JANE DOE-NAME REFUSED a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at the above service address of 49 WEST 32ND STREET, NEW YORK, NY 10001, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 11-4-19.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45-50   Skin Color: Caucasian   Gender: Female   Weight: 240+
Height: 5'9"   Hair: Red   Eyes: Brown   Relationship: Front Desk Reception-Authorized
Other: Wearing Glasses

Gina Eannucci - License #2078650

Sworn to before me on 11-4-19

Notary Public

Cassandra I Bardoo
Notary Public, State of New York
No. 01BA6292487
Qualified in Suffolk County
Commission Expires November 04, 20 21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
DINO ANTOLINI

**Defendant / Respondent:**
HAROLD THURMAN, BRAD THURMAN and 33 BRE INC.

STATE OF NEW YORK )
                   )SS:
COUNTY OF NASSAU   )

**AFFIDAVIT OF SERVICE**

Civil Action No.: 1:19-cv-9674
Date Filed: October 22, 2019

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Tue, Oct 29 2019 AT 03:02 PM AT 49 WEST 32ND STREET, NEW YORK, NY 10001 deponent served the within SUMMONS IN A CIVIL ACTION and COMPLAINT-JURY TRIAL DEMANDED bearing Civil Action No.: 1:19-cv-9674 and a date of filing of October 22, 2019 upon HAROLD THURMAN defendant therein named.

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to JANE DOE - NAME REFUSED a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at the above service address of 49 WEST 32ND STREET, NEW YORK, NY 10001, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on 11-4-19.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 45-50    Skin Color: Caucasian    Gender: Female    Weight: 240+
Height: 5'9"  Hair: Red                Eyes: Brown       Relationship: Front Desk Reception- Authorized
Other: Wearing Glasses

Sworn to before me on 11-4-19

Gina Eannucci - License #2078650

Notary Public

Cassandra I Bardoo
Notary Public, State of New York
No. 01BA6292487
Qualified in Suffolk County
Commission Expires November 04, 2021