UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DINO ANTOLINI,                                                    : Case No.: 1:19-cv-09674 (LGS)

              Plaintiff,

  - against -

HAROLD THURMAN, BRAD THURMAN,
AND 33 BRE INC.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**Hon. Jesse M. Furman**

## DECLARATION OF DINO ANTOLINI

This declaration is made pursuant to 28 U.S.C. § 1746 and S.D.N.Y. Local Civil Rule 1.9(a) by Dino Antolini as follows:

1. I am the Plaintiff in this action.
2. I am a resident of the city and state of New York.
3. I re-affirm all the facts that are in my Complaint, which was filed in October of 2019.
4. I am an individual with a disability resulting in an impairment in motor and sensory function of my body and I require a wheelchair for mobility.
5. I suffer from Ataxia, which stops the voluntary control of my muscle movements because of the way it disrupts my nervous system.
6. I have other disabilities too that limit my daily life.
7. I have undergone a lot of surgical intervention, in part consisting of internal fixation of a 14-inch intramedullary rod along with seven Kuntscher nails to stabilize my left hip, but this has actually not worked well.

8. I visited the defendant's Subject Facility in September of 2019 prior to instituting the instant action.
9. As stated in my Complaint, I seek to have the defendants make this facility accessible pursuant to the Americans With Disabilities Act.
10. I intend to visit the facility in the future, but I cannot do that until they fix the violations.
11. My attorney in this lawsuit, Stuart Finkelstein, has advised me that the defendants in this case do not want to make the facilities fully compliant with the Americans with Disabilities Act.
12. I gave the defendants in this case access to my medical records in January of 2020.
13. I gave the defendants information about my living and employment status.
14. I told Mr. Finkelstein that I am okay with dropping the city and state claims so that we can have a trial sooner.
15. I would like to have my day in court and go to trial.
16. I thank Judge Furman and Judge Fox for the attention they have given to my case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

Executed this 4th day of January, 2021

*[signature]*