UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DINO ANTOLINI,

                Plaintiff,                            19 **CIVIL** 9674 (JMF)(KNF)

      -against-                                 **JUDGMENT**

BRAD THURMAN and 33 BRE INC.,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2021, Defendants' motion for summary judgment is granted in full. One housekeeping matter remains: Although not mentioned by either side in the summary judgment papers, Defendants alleged in their responsive pleading a "counterclaim" for attorney's fees pursuant to either or both 28 U.S.C. § 1927 and 42 U.S.C. § 12205. ECF No. 12, para. 56.6 Defendants may seek such an award by motion; it does not require a formal "counterclaim." Given the relevant standards, the Court is skeptical that an award of fees would be appropriate in this case, notwithstanding the failure of Antolini's claims. See, e.g., Nicholas v. Harder, 637 F. App'x 51, 52 (2d Cir. 2016) (summary order) (describing the standard for prevailing defendants under 42 U.S.C. § 12205 and noting that "it is very rare that victorious defendants in civil rights cases will recover attorneys' fees" (quoting Sista v. CDC Ixis N. Am., Inc., 445 F.3d 161, 178 (2d Cir. 2006))); Konits v. Karahalis, 409 F. App'x 418, 423 (2d Cir. 2011) (summary order) ("[S]anctions may be imposed pursuant to § 1927 only when there is a finding of conduct constituting or akin to bad faith." (cleaned up)). But the Court will reserve judgment on the matter pending a proper motion; accordingly, the case is closed.

**Dated:** New York, New York
        July 21, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                     **BY:**    *K. Mango*

                                                             **Deputy Clerk**