UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| DINO ANTOLINI, | : Civil Action No. 1:19-cv-09674-JMF |
| Plaintiff, | : |
| - against - | : |
| BRAD THURMAN, AND 33 BRE INC., | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Notice is hereby given that Plaintiff Dino Antolini, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order granting Defendants' Motion for Summary Judgment (Dkt. No. 119, amended at Dkt. No. 121) and the Clerk's Judgment regarding the Order on Motion for Summary Judgment in favor of 33 Bre Inc. and Brad Thurman against Dino Antolini (Dkt. No. 120) entered in this action on the 21st day of July, 2021.

Dated: August 19, 2021          Respectfully submitted,

By:   */s/ Stuart H. Finkelstein*
        Stuart H. Finkelstein

Stuart H. Finkelstein
Finkelstein Law Group
Attorney for Plaintiff
338 Jericho Turnpike
Syosset, New York 11791
Telephone: (718) 261-4900
sf@finkelsteinlawgroup.com